louis delynn hansen
c/o 62 North 1160 East,
Orem, Utah, 801-427-3700
America without the US corp.®, Non- Domestic

FILED
U.S. DISTRICT COURT

2016 NOV 15 ⌐ 12: 00

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO: 2:16-cr-00534 |
| ) | |
| *Plaintiff* ) | |
| ) | DECLARATION OF POLITICAL |
| ) | STATUS, AND RELEASE |
| ) | AND DISCHARGE |
| LOUIS DELYN HANSEN ) | |
| ) | |
| *Defendant* ) | |
| ) | JUDGE CLARK WADDOUPS |
| ) | |
| ) | MAGISTRATE JUDGE |
| ) | DUSTIN PEAD |

**DECLARATION OF POLITICAL STATUS, AND RELEASE AND DISCHARGE**



Case No. 2:16-cr-00534

# Declaration of Political Status, and Release and Discharge for Judge Clark Waddoups

I, DeLynn of the Lawful House of Hansen, release and discharge Judge Clark Waddoups from his emergency war powers jurisdictional duties created by Section 17 of the "Trading with the Enemy Act" and clearly inform the court that I, a Private American National Citizen who has harmed nobody and nothing do not consent to statutory military jurisdiction of any kind. I did not willingly or knowingly consent to statutory military jurisdiction, and I do not consent to statutory military jurisdiction now, nor at any foreseeable time in the future.

I do, however, accept the Oath of Judge Clark Waddoups and his trust obligation to uphold and defend the Constitution of the United States under the Law of the Land affirmed "So help me God" and I do accept the "perpetual friendship" and "amity" of all members of the Bar Associations owed to Americans by the Treaty of Westminster 1794 and their honest conduct owed by The Bar Association Treaty of 1947.

I repeat, that I am a non-combatant and not an "enemy" and I do not consent to any statutory military jurisdiction being exercised against me by this court. I do not consent to any statutory military jurisdiction being exercised with respect to me in the present, and do not consent to any future statutory military jurisdiction being offered against me.

I revoke any and all consent, actual or implied, to act as or be considered a voluntary surety, trustee, volunteer, a corporate officer of any kind, a tax payer, commercial driver, corporate franchise operator, warrant officer, licensee, beneficiary of the public charitable trust or any other individual or employee subject to the British Crown or the British King in any capacity whatsoever.

I clearly attest and declare, that I am an American born on the land of the Utah state, and I am one of the free, sovereign, and independent people of the United States as defined by The Definitive Treaty of Peace, Paris, 1783. I have never considered any other political status actual or implied to be a benefit.

Date: November 15, 2016

Autograph by _____DeLynn_____ DeLynn_____(Seal)





Case No. 2:16-cr-00534

# Declaration of Political Status, and Release and Discharge for Magistrate Judge Dustin Pead

I, DeLynn of the Lawful House of Hansen, release and discharge Magistrate Judge Dustin Pead from his emergency war powers jurisdictional duties, created by Section 17 of the "Trading with the Enemy Act" and clearly inform the court that I, a Private American National Citizen who has harmed nobody and nothing, do not consent to statutory military jurisdiction of any kind. I did not willingly or knowingly consent to statutory military jurisdiction and I do not consent to statutory military jurisdiction now nor at any foreseeable time in the future.

I do, however, accept the Oath of Magistrate Judge Dustin Pead and his trust obligation to uphold and defend the Constitution of the United States under the Law of the Land affirmed "So help me God" and I do accept the "perpetual friendship" and "amity" of all members of the Bar Associations owed to Americans by the Treaty of Westminster 1794 and their honest conduct owed by The Bar Association Treaty of 1947.

I repeat, that I am a non-combatant, and not an "enemy", and I do not consent to any statutory military jurisdiction being exercised against me, by this court. I do not consent to any statutory military jurisdiction being exercised, with respect to me, in the present, and do not consent to any future statutory military jurisdiction being offered against me.

I revoke any and all consent, actual or implied, to act as or be considered a voluntary surety, trustee, volunteer, a corporate officer of any kind, a tax payer, commercial driver, corporate franchise operator, warrant officer, licensee, beneficiary of the public charitable trust or any other individual or employee subject to the British Crown or the British King in any capacity whatsoever.

I clearly attest and declare, that I am an American born on the land of the Utah state and I am one of the free, sovereign, and independent people of the United States as defined by The Definitive Treaty of Peace, Paris, 1783. I have never considered any other political status actual or implied to be a benefit.

Date: November 15, 2016

Autograph by_____DeLynn_____DeLynn_____(Seal)

## CERTIFICATE OF SERVICE

I, hereby certify, that a true copy of the foregoing document was served, by placing it in an envelope and sealed, First Class Mail postage fully prepaid, in the U.S. mail, addressed, and mailed to:

Administrative Office of the Courts          Registered Mail # RE 957 756 128 US
Attn: Elizabeth Toscano
351 South West Temple, Room 1-100
Salt Lake City, Utah 84101


John W. Huber, United States Attorney (#7226)   Certified mail #7014 2120 0004 0267 9179
Kevin L Sundwall, Assistant United States Attorney (#6341)
Andrew J. Kameros, Special Assistant United States Attorney
185 South State Street, Suite 300
Salt Lake City, Utah  84111


Dated: Nov 15, 2016


By: Tamra Iverson Hansen