**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

FILED
U.S. DISTRICT COURT

**Jurisdictional Challenge**

2016 NOV 16 ⊃ 2: 50

DISTRICT OF UTAH

**UNITED STATES OF AMERICA**          **PLAINTIFF**

DEPUTY CLERK

**Vs.**          **CASE 2:16-cr-00534-001-CW**

**Louis Delynn Hansen**          **ALLEGED DEFENDANT**

All rights reserved
Special appearance

**"One supreme Court"**
**Article 3,**

**Jurisdictional Challenge to the prosecution/plaintiff
and to the court by special appearance.**

  An **appearance de bene esse** *is designed to permit a
party to a proceeding to refuse to submit his/ her
person to the jurisdiction of the court unless it is
finally determined that he has forever waived that
right. Such an appearance is therefore a special
appearance
designed to allow the accused to meet and discharge
the contractual requirement of making an appearance,
and at the same time, to refuse to submit to
the jurisdiction of any alleged plaintiff   (and*

*therefore of the applicable court), unless and until some judicial department prosecutor makes all disclosures, specifically by producing a complaint of damage or injury signed and verified by the injured party.*

**_JUDICIAL   COGNIZANCE._** *Judicial notice, or knowledge upon which a judge is bound to act without having it proved in evidence.   [Black's Law Dictionary, 5th Edition, page 760.J*

The alleged Defendant, on special appearance, challenges, and demands proof of jurisdiction, appearing on the record, of the prosecution/plaintiff to file charges/suit and prosecute. And further the jurisdiction of the court, appearing on the record, in all actions against the alleged defendant.

**VERIFIED NOTICE AND DEMAND AND CONSENT GIVEN TO PRESENT MAJOR OBJECTIONS  TO THE CONTINUING, NON-CONSTITUTIONAL ACTIONS _ABSENT_ PROOF OF JURISDICTION <u>APPEARING   ON THE RECORD</u> WITH RELIEF BEING TO DISMISS THIS BOGUS ACTION WITH PREJUDICE**

*"Jurisdiction can be challenged at any time," and "Jurisdiction, once challenged, cannot be assumed and must be decided." Basso v. Utah Power & Light Co. 395 F 2d 906, 910"Defense of lack of jurisdiction over the subject matter may be raised at any time, even on appeal."*
*Hill Top Developers v. Holiday Pines Service Corp. 480 So. 2d, 368( Fla a DCA 1985)*

*"Once challenged, jurisdiction cannot be assumed, it must be proved to exist."* **Stuck v. Medical Examiners** <u>**94 Ca 2d   751. 211 P2d   289**</u>

*"There is no discretion to ignore that lack of jurisdiction."* **Joyce v. US, 474 F2d 215**

**Loos v American Energy Savers, Inc., 168 Ill.App.3d 558, 522 N.E.2d 841(1988)** *"Where jurisdiction is contested, the burden of establishing it rests upon the plaintiff."*

**Bindell v City Of Harvey, 212 Ill.App.3d 1042, 571 N.E.2d 1017 (1st Dist. 1991)** *"the burden of proving jurisdiction rests upon the party asserting it."*

"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." **Lantana v. Hopper, 102 F. 2d 188; Chicago v. New York 37 FSupp.150**

*" .[H]owever late this objection [to jurisdiction] has been made, or may be made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, BEFORE any court can move ONE FURTHER STEP IN THE CAUSE; as any movement is necessarily  the exercise of jurisdiction."* **RHODE ISLAND v. MASSACHUSETTS,  37 U.S.  657, 718, 9 L.Ed.  1233 ( 1838)**

*"Where a court failed to observe safeguards, it amounts to denial of due process of law, court is deprived of juris." Merritt v. Hunter, C.A. Kansas 170 F2d 739*

"a universal principle as old as the law is that a
proceedings  of a court without jurisdiction are a
nullity and its judgment  therein without effect either
on person or property, **Norwood v. Renfield, 34 C 329;
Ex parte Giambonini, 49 P. 732**

"A court has no jurisdiction  to determine its own
jurisdiction, for a basic issue in any case before a
tribunal is its power to act, and a court must have the
authority to decide that question the first instance.
**Rescue Army v. Municipal  Court of Los Angeles,  171 P2d
8: 331 US 549, 91 K, ed, 1666m 67 S, Ct, 1409**

"A departure by a court from those recognized and
established requirements of law however close apparent
adherence to mere form in methods of procedure  which
has the effect of depriving one of a constitutional
right, is an excess of jurisdiction. **Wuest v. Wuest,
127 P2d 934, 937.**

"A court cannot confer jurisdiction where none existed
and cannot make a void proceeding  valid. It is clear
and well established law that a void order can be
challenged in any court", **OLD WAYNE MUT. L. ASSOC.  v.
McDONOUGH, 204 U. S. 8, 27 S. Ct. 236  (1907)**

"The burden shifts to the court to prove jurisdiction. "
**Rosemond v. Lambert, 469 F 2d 416**

"Thus, where a judicial tribunal has no jurisdiction of
the subject matter on which it assumes to act, its
proceedings  are absolutely void in the fullest sense of
the term." **Dillon v. Dillon, 187 P** 27.

"the fact that the petitioner  was released on a promise
to appear before a magistrate for an arraignment, that

*fact is circumstance to be considered in determining*
*whether in first instance there was a probable cause*
*for the arrest."*
**Monroe v.Papa, DC, Ill. 1963, 221 F Supp 685.**

**US v Will, 449 US 200,216, 101 S Ct, 471, 66 LEd2nd**
**392, 406 (1980) Cohens V Virginia, 19 US (6 Wheat) 264,**
**404, 5LEd 257 (1821)**
*"When a judge acts where he or she does not have*
*jurisdiction to act, the judge is engaged in an act or*
*acts of treason.*

**Tennessee Coal, Iron & R. Co. v. George, 233 U.S. 354**
**(1914)** *"… the right to sue depends, venue is no part*
*of a right, and whether jurisdiction exists is to be*
*determined by the law of the state creating the court*
*in which the case is tried. A state cannot create a*
*transitory cause of action and at the same time destroy*
*the right to sue thereon in any court having*
*jurisdiction although in another state.*

---

## FOR THE RECORD

### Purgatory oath

For the record, I swear before my creator that I am
innocent of the charges brought forth against my person.

*"A purgatory oath refers to an oath by which a man*
*destroys the presumptions which were against him/her.*
*Such a person is said to purge himself/herself when*
*she/he removes the suspicions which were against*
*him/her. For example, if a person faces contempt for*
*not attending court as a witness, she. he may purge*
*himself/ herself of the contempt by swearing to a fact*
*which is ample excuse.*

*A purgatory oath allows defendants to obtain an acquittal by swearing to their own innocence. [United States v. Gecas, 120 F.3d 1419, 1438 (11th Cir. Fla"*

## Affirmation

Further, I, the alleged Defendant **louis delynn hansen**, Sui Juris, Reserving all rights at all times and places, one of the Sovereign people, a natural, private common **living man**, one of we the people, not a U.S.CITIZEN, not a U.S.RESIDENT, NOT A 14TH AMMENDMENT CITIZEN, not a PERSON, not a FICTITIOUS ENTITY, not a CORPORATION, not a voter, not a government employee and a child of God, within the **Utah** republic, A People/Creator/Owner covenant Holder, by birth right and adoption,of the supreme law of the land, the **Declaration of Independence** and subordinate to the de jure **Constitution for the united States of 1789,** and further subordinate to the de jure state Constitution of state in which we live, is giving this non-judicial forum by *special appearance,* this VERIFIED NOTICE AND DEMAND AND CONSENT GIVEN TO PRESENT MAJOR OBJECTIONS TO THE CONTINUING,NON- CONSTITUTIONAL ACTIONS ABSENT PROOF OF JURISDICTION APPEARING ON THE RECORD WITH RELIEF BEING DISMISS THIS BOGUS ACTION WITH PREJUDICE for the following, undisputed reasons;

## NOTICE of JURISDICTION CHALLENGED

## MANDATORY ELEMENTS OF JURISDICTION PRESENTED

## PROSECUTION AND THE COURT IS TO PROVE JURSICTION IN LIGHT OF THE FOLLOWING.

### THIS IS NOT A MOTION

1. Proof of jurisdiction, appearing on the record that the defendants are subject to commercial law and or the **Uniform Commercial Code** in light of the following.

Let it be known to all that I, **louis delynn hansen** explicitly reserves all of my rights.

**Performance or Acceptance Under Reservation of Rights.**

**(a) A party that with explicit reservation of rights performs or promises performance or assents to performance in a manner demanded or offered by the other party does not thereby prejudice the rights reserved. Such words as "without prejudice, "under protest," or the like are sufficient."**

Registered Mail # RE *957 756 131* US

I retain all of my rights and liberties at all times and in all places, **nun pro tunc** (now for then) from the time of my birth and forevermore. Further, I, retain my rights not to be compelled to perform under any contract or commercial agreement that **we** did not enter knowingly, voluntarily and intentionally. And furthermore, I do not accept the liability of the compelled benefit of any unrevealed contract or commercial agreement.  I am not ever subject to silent contracts and have never knowingly or willingly contracted away my sovereignty.

2. Proof of jurisdiction, appearing on the record,

   of *"facts necessary* to *give jurisdiction"*. See …

   *"if the record does not show upon its face the facts necessary to give jurisdiction, they will be presumed not to have existed." Norman v. Zieber, 3 Or at 202-03*

3. Proof of jurisdiction, appearing on the record.

   See...

*"The law requires proof of jurisdiction to appear
on the record of the administrative agency and all
administrative proceedings." Hagans v Lavine 415 U.
S. 533.*

4. Proof of jurisdiction, appearing on the record

   that the court and the prosecution/plaintiff can

   defraud by silence. See...

*U.S. v. Tweel, 550 F.2d.297. "Silence can only be
equated with fraud where there is a legal or moral duty
to speak or when an inquiry left unanswered would be
intentionally misleading."*

   Also see...

*"Knowing failure to disclose material information
necessary to prevent statement from being misleading,
or making representation despite knowledge that it has
no reasonable basis in fact, are actionable as fraud
under law."
Rubinstein v. Collins, 20 F.3d 160, 1990*

5. Proof of jurisdiction, appearing on the

   record, to deny the defendant remedy. See...

*Von Hoffman v. City of Quincy, 71 U.S. 4 Wall. 535 535
(1866) Page 71 U. S. 551 "Nothing can be more material
to the obligation than the means of enforcement.
Without the remedy, the contract may, indeed, in the
sense of the law, be said not to exist, and its
obligation to fall within the class of those moral and
social duties which depend for their fulfillment wholly
upon the will of the individual. The ideas of validity*

and remedy are inseparable, and both are parts of the
obligation, which is guaranteed by the Constitution
against invasion. The obligation of a contract "is
the law which binds the parties to perform their
agreement."

Also see..

ENGLISH TORT LAW
61. Ashby v. White, (1703) 92 Eng. Rep. 126 (K.B.);
BLACKSTONE, supra note 59, at 23.
62. 5 U.S. (1 Cranch) 137, 163-66 (1803) ("It is a
general and indisputable rule, that where
there is a legal right, there is also a legal remedy by
suit or action at law, whenever that right is
invaded . "[F]or it is a settled and invariable
principle in the laws of England, that every right,
when withheld, must have a remedy, and every injury its
proper redress.").

    6. Proof of jurisdiction appearing on the record,

       to force the defendant into involuntary

       servitude. See..

UNITED STATES V. KOZMINSKI, 487 U.S. 931 (1988) "For
purposes of criminal prosecution under § 241 or § 1584,
the term "involuntary servitude" necessarily means a
condition of servitude in which the victim is forced to
work for the defendant by the use or threat of physical
restraint or physical injury or by the use or threat of
coercion through law or the legal process. This
definition encompasses cases in which the defendant
holds the victim in servitude by placing him or her in
fear of such physical restraint or injury or legal
coercion."

    Also see..

The constitution for the united States 1789, 13th
amendment, Section 1. Neither slavery nor involuntary
servitude, except as a punishment for crime whereof the
party shall have been duly convicted, shall exist
within the United States, or any place subject to their
jurisdiction.

Also see..

The constitution for the united States, 1789,
Preamble

We the people of the United States, in order to form
a more perfect union, establish justice, insure
domestic tranquility, provide for the common defense,
promote the general welfare, and secure the blessings
of liberty to ourselves and our posterity, do ordain
and establish this Constitution for the United States
of America.

7. Proof of jurisdiction appearing on the record,

   that the defendant is a person or other legal or

   commercial entity. See..

UCC 1-201 General Definitions (27) "Person" means an
individual, corporation, business trust, estate, trust,
partnership, limited liability company, association,
joint venture, government, governmental subdivision,
agency, or instrumentality, public corporation, or any
other legal or commercial entity.

Also see..

*American Law and Procedure, Vol. 13, page 137, 1910:*

*"This word 'person' and its scope and bearing in the law, involving, as it does, legal fictions and also apparently natural beings, it is difficult to understand; but it is absolutely necessary to grasp, at whatever cost, a true and proper understanding to the word in all the phases of its proper use ... A person is here not a physical or individual person, but the status or condition with which he is invested ... not an individual or physical person, but the status, condition or character borne by physical persons ... The law of persons is the law of status or condition."*

8. Proof of jurisdiction appearing on the record,

   to force the alleged defendant or other

   sovereigns to be subject to statutes. See ..

US Supreme Court in Wilson v. Omaha Indian Tribe, 442 US 653, 667 (1979): *"In common usage, the term 'person' does not include the sovereign, and statutes employing the word are ordinarily construed to exclude it."*

US Supreme Court in U.S. v. Cooper, 312 US 600,604, 61 S.Ct 742 (1941): *"Since in common usage the term 'person' does not include the sovereign, statutes employing that term are ordinarily construed to exclude it.,,*

US Supreme Court in U.S. v. United Mine Workers of America, 330 U.S. 258   67 SCt677 (1947): *"In common usage, the term 'person' does not include the sovereign and statutes employing it will ordinarily not be construed to do so."*

US Supreme Court in US v. Fox, 94 US 315: *"Since in common usage, the term 'person' does not include the*

*sovereign, statutes employing the phrase are ordinarily construed to exclude it."*

U.S. v. General Motors Corporation, D.C. Ill, 2 F.R.D. 528, 530:"In *common usage the word 'person' does not include the sovereign, and statutes employing the word are generally construed to exclude the sovereign."*

Church of Scientology v. US Department of Justice, 612 F.2d 417 @425 (1979): *"the word 'person' in legal terminology is perceived as a general word which normally includes in its scope a variety of entities other than human beings., see e.g. 1, U.S.C. § para 1."*

9. Proof of jurisdiction appearing on the record,

in consideration of the defendants' citizenship.

I, **louis delynn hansen** am not a United States corporation citizen or a 14th amendment citizen. I am a "state" Citizen of one of the **several states** of the Republic, and **not** as a State of the United States ® citizen. And I reject any attempted expatriation

See.. **15 united States statute at large, July 27th 1868**

also known as the expatriation statute. Wherefore, it is demanded jurisdiction in light of the following. .

See..

**Foreign Sovereign Immunities Act(FSIAJ *of 1976*
USC TITLE 28 > PART IV > CHAPTER 97**

**CHAPTER 97-JURISDICTIONAL  IMMUNITIES OF FOREIGN STATES**
**§ 1604. Immunity of a foreign state from jurisdiction**
**Subject to existing international agreements to which**
**the United States is a party at the time of enactment**
**of this Act a foreign state shall be immune from the**
**jurisdiction of the courts of the United States and of**
**the States except as provided in sections <u>1605</u> to 1607**
**of this chapter.**

Also  see...

In **Volume 20: Corpus Juris Sec. § 1785** we  find  "**The**
**United States government is a foreign corporation with**
**respect to a State" (see: NY re: Merriam 36 N.E. 505**
**1441 S. 0.1973, 14 L. Ed. 287).**

Al so see...

**DISTRICT OF COLUMBIA (the United States ®)** created    by
the  Congressional  act   of 1871,  which  states   "**...the**
**District of Columbia, by which name it is hereby**
**constituted a body corporate for municipal purposes,**
**and may contract and be contracted with, <u>sue and be</u>**
**sued, plead and be impleaded"**

Also  see...

*"The idea prevails  with some, indeed it has expression*
*in arguments at the bar, that we have in this country*
*substantially  two national governments; one to be*
*maintained  under the Constitution, with all its*
*restrictions;  the other to be maintained by Congress*
*outside and independently of that instrument, by*
*exercising such powers as other nations of the earth*
*are accustomed to... I take leave to say that, if the*
*principles  thus announced should ever receive the*
*sanction of a majority of this court, a radical and*
*mischievous change in our system will result. We will,*
*in that event, pass from the era of constitutional*
*liberty guarded and protected by a written constitution*

*into an era of legislative absolutism ... It will be an*
*evil day for American Liberty if the theory of a*
*government outside the Supreme Law of the Land finds*
*lodgment in our Constitutional Jurisprudence. No higher*
*duty rests upon this court than to exert its full*
*authority to prevent all violation of the principles  of*
*the Constitution."*
**--Honorable Supreme Court *Justice Harlan Thomas in the***
***1901 case of Downes v. Bidwell.***

Also see..

**UCC 1-201. General Definitions  (38) "State" means a
State of the United States, the District of Columbia,
Puerto Rico, the United States Virgin Islands, or any
territory or insular possession subject to the
jurisdiction of the United States.**

10. Proof of jurisdiction, appearing on the record,

that the alleged defendant is a citizen of the

United States and not a State Citizen and not a

Citizen of the Kingdom Of Heaven. Also see..

**TITLE 18 > PART I> CHAPTER 43 > § 911. Citizen of
the United States
Whoever falsely and willfully represents himself to be
a citizen of the United States shall be fined under
this title or imprisoned not more than three years, or
both.**

11. Proof of jurisdiction, appearing on the record,

of jurisdiction that supersedes ecclesiastical

jurisdiction. See..

*Robin v. Hardaway 1790. Biblical Law at "Common Law" supersedes all laws, and "Christianity is custom, custom is Law."*

Also see...

**Public Law 97-280**
**96 STAT. 1211**
**97th Congress**

Also See;

**Psalm 75:7**
It is God who judges : He brings one down, he exalts another.

**Genesis 1** (New International Version)
 [1] In the beginning God created the heavens and the earth.

**Isaiah 40:10**
See, the Sovereign LORD comes with power, and he rules with a mighty arm. See, his reward is with him, and his recompense accompanies him.

**Revelation 19:11**
I saw heaven standing open and there before me was a white horse, whose rider is called Faithful and True. With justice he judges and wages war.

Also see...

The constitution for the united States 1789, First amendment,
Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or

Registered Mail # RE *957 756 751* US

the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

Also see...

Declaration of Independence, (Adopted by Congress on July 4, 1776)
The Unanimous Declaration of the Thirteen united States of America
We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable rights, that among these are life, liberty and the pursuit of happiness. That to secure these rights, governments are instituted among men, deriving their just powers from the consent of the governed.

12. Proof of jurisdiction, appearing on the

record, in the light of the defendant stating

reservation of rights, and Sovereignty and

state Citizen of the republic, to question

this defendants ' act of state.

See...

*An act of state cannot be questioned or made the subject of legal proceedings in a court of law"*
*Banco Nacional de Cuba vs. Sabbatino, 376 U.S. 398:*
*Ricaud vs. American Metal Co., 246 U.S. 304:*
*Oetjen vs. Central Leather Co., 246 U.S. 297:*
*F. Palacio y Compania, S.A. vs. Brush, 389 U.S. 830;*
*256 F. Supp. 481; 375 F.2nd 1011:*
*Black's Law Dictionary, 6th ed. Pgs. 33-34.*

13. Proof of jurisdiction, appearing on the record,

that the alleged defendant cannot have status of

state Citizen. See..

**15 united States statute at large, July 27th, 1868** also
known as the expatriation statute.

Also see..

*U.S. v. Anthony 24 Fed. 829  (1873) "The term resident
and citizen of the United States is distinguished from
a Citizen of one of the several states, in that the
former is a special class of citizen created by
Congress."*

Also see..

*"We have in our political  system a government of the
United States and a government of each of the several
States.   Each one of these governments is distinct from
the others, and each has citizens of it's own..."
United States v. Cruikshank, 92 U.S. 542  (1875)*

Also see..

*"...he was not a citizen of the United States, he was a
citizen and voter of the State,..." "One may be a
citizen of a State an yet not a citizen of the United
States".
McDonel v. The State, 90 Ind. 320  (1883)*

Also see..

*"That there is a citizenship of the United States and
citizenship of a state,..."
Tashiro v. Jordan, 201 Cal. 236  (1927)*

Registered Mail # RE 957 756 131 US

Also see..

"*A citizen of the United States is a citizen of the federal government ...*"
*Kitchens v. Steele, 112 F.Supp 383*

Also see..

State v. Manuel, 20 NC 122: "the term 'citizen' in the United States, is analogous to the term 'subject' in common law; the change of phrase has resulted from the change in government."

Also see..

*Jones v. Temmer, 89 F. Supp 1226:*
*"The privileges and immunities clause of the 14th Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship."*

Also see..

*Supreme Court: US vs. Valentine 288 F. Supp. 957:*
*"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States."*

14.  Proof of jurisdiction, appearing on the record, that the alleged defendants' rights can be waived through silence. See...

*Carnley v. Cochran, 369 U.S. 506, 516 (1962),
"Presuming waiver from a silent record is
impermissible. The record must show, or there must be
an allegation and evidence which show, that an accused
was offered counsel but intelligently and
understandingly rejected the offer. Anything less is
not waiver."*

    15. Proof of jurisdiction, appearing on the record,

        that the alleged defendants rights are

        alienable. See˙.

"Men are endowed by their Creator with certain
unalienable rights,-'life, liberty, and the pursuit of
happiness;' and to 'secure,' not grant or create, these
rights, governments are instituted. That property  [or
income] which a man has honestly acquired he retains
<u>full control of</u>."
[Budd v. People of State of New York, 143 U.S. 517
(1892)J

    16. Proof of jurisdiction, appearing on the record,

        that the defendant is subject to a commercial

        contract to be tried for a commercial crime. See ..

**UCC 1-308 Reservation of rights**

Also see..

**27 CFR 72.11**
**TITLE 27--ALCOHOL, TOBACCO PRODUCTS AND FIREARMS**
**CHAPTER   --ALCOHOL AND TOBACCO TAX AND TRADE BUREAU,**
**DEPARTMENT OF THE TREASURY  (CONTINUED)**
**PART 72 DISPOSITION OF SEIZED PERSONAL PROPERTY--Table**
**of Contents**

**Subpart B Definitions**

**Commercial crimes. Any of the following types of crimes (Federal or State): Offenses against the revenue laws; burglary; counterfeiting; forgery; kidnapping; larceny; robbery; illegal sale or possession of deadly weapons; prostitution (including soliciting, procuring, pandering, white slaving, keeping house of ill fame, and like offenses); extortion; swindling and confidence games; and attempting to commit, conspiring to commit, or compounding any of the foregoing crimes. Addiction to narcotic drugs and use of marihuana will be treated as if such were commercial crime.**

17. Proof of jurisdiction, appearing on the record, that a states' sovereignty can be surrendered and or surrendered by the

**Uniform Commercial Code.** See...

*"Neither consent nor submission by the states can enlarge the powers of Congress; none can exist except those which are granted. United States v. Butler, 297 U.S. 1, 56 S.Ct. 312, 102 A.L.R. 914, decided January 6, 1936. The sovereignty of the state essential to its proper functioning under the Federal Constitution cannot be surrendered; it cannot be taken away by any form of legislation. See United States v. Constantine, 296 U.S. 287, 56 S. Ct. 223." Ashton v. Cameron County Water Imp. Dist. No. 1, 298 U.S. 513, 531 (1936)*

Also see... **Constitution for the united States 1789 article one section 10.**

18. Proof of jurisdiction, appearing on the record.

*"The claim and exercise of a constitutional right cannot be converted into a crime." Miller v. US, 230 F 486, at 489.*

*"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights." Sherer v. Cullen, 481 F 946.*

19. Proof of jurisdiction, appearing on the record,

to convert a liberty into a privilege. See...

*Murdock v. Penn., 319 US 105, (1943) "No state shall convert a liberty into a privilege, license it, and attach a fee to it."*

*Shuttlesworth v. Birmingham, 373 US 262, (1969) "If the state converts a liberty into a privilege, the citizen can engage in the right with impunity."*

*Miranda v. Arizona, 384 U.S. 436, (1966) "Where rights secured by the Constitution are involved, there can be no rule making or legislation, which would abrogate them."*

20. Proof of jurisdiction appearing on the record,

that the court has jurisdiction in which the alleged defendant has been improperly or collusively made or joined to invoke the jurisdiction of the court. Note the all capital commercial name as compared to the all lower case sovereign name.

Also note the difference between a family name and a last name. Also See.,

**USC <u>TITLE 28</u> > <u>PART</u> IV > CHAPTER 85 > § 1359**
**Parties collusively joined or made**
**A district court shall not have jurisdiction of a civil**
**action in which any party, by assignment or otherwise,**
**has been improperly or collusively made or joined to**
**invoke the jurisdiction of such court.**

*State v. Manuel, North Carolina, Vol. 20, Page 121*
*(1838)The sovereignty has been transferred from one man*
to *the collective body of the people - and he who*
*before was a "subject of the king" is now "a citizen of*
*the State".*

Also see..

"*In the United States the <u>people are sovereign </u>and the*
*Government cannot sever its relationship to the People*
*by taking away their citizenship." <u>Afroyim v. Rusk,</u>387*
<u>*U.S. 253 (1987)*</u>

"*The people of a State are entitled to all rights which*
*formerly belonged to the King by his prerogative."*
<u>*Lansing v. Smith, Wendell 9, 20 (1829)*</u>

*In Europe, the executive is synonymous with the*
*Sovereign power of the state… where it is too commonly*
*acquired by force or fraud or both …In America. however*
*the case is widely different. Our government is founded*
*upon Compact. Sovereignty was and is, ion the people.*
<u>*Glass v. The Sloop Betsy, 3 Dall 6. (1794)*</u>

   22.Proof of jurisdiction, appearing on the record,

      To deprive the rights under color of law See.

USC TITLE 18 > PART I > **CHAPTER  13** > § 242. Deprivation of rights under color of law

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth,  Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be  fined  under this   title,   or   imprisoned   for  any term of years or  for life, or both,  or may be sentenced to death.

Supreme Court Decision Rundle vs Delaware states that a corporation cannot sue or contend with the living man.

Registered Mail # RE *95 7 756 131* US

**The UNITED STATES OF AMERICA, is a corporation, formed in 1871 under the act of congress, I am a living man.**


Also see...

> *Black's Law Dictionary, Sixth Edition, p. 266, ISBN 0-314-76271-X:*
> *color of law: The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law." Atkins v. Lanning, D.C.Okl., 415 F.Supp. 186, 188.*

22. Proof of jurisdiction, appearing on the record,

to conspire against the rights of the defendant.

See...

Also see...

> *Black's Law Dictionary, Sixth Edition, p. 266, ISBN*
> *0-314-76271-X:*
> *color of law: The appearance or semblance,*
> *without the substance, of legal right. Misuse of*
> *power, possessed by virtue of state law and made*
> *possible only because wrongdoer is clothed with*
> *authority of state, is action taken under "color*
> *of state law." Atkins v. Lanning, D.C.Okl., 415*
> *F.Supp. 186, 188.*

23. Proof of jurisdiction, appearing on the record,

to conspire against the rights of the defendant.

See...

USC <u>TITLE 18</u> > <u>PART I</u> > <u>CHAPTER 13</u> > § 241   Conspiracy
against rights

If two or more persons conspire to injure, oppress,
threaten, or intimidate any person in any State,
Territory, Commonwealth, Possession, or District in the
free exercise or enjoyment of any right or privilege
secured to him by the Constitution or laws of the
United States, or because of his having so exercised
the same; or If two or more persons go in disguise on
the highway, or on the premises of another, with
intent to prevent or hinder his free exercise or
enjoyment of any right or privilege so secured-
They shall be fined under this title or imprisoned not
more than ten years, or both; and if death results from
the acts committed in violation of this section or if
such acts include kidnapping or an attempt to kidnap,
aggravated sexual abuse or an attempt to commit
aggravated sexual abuse, or an attempt to kill, they
shall be fined under this title or imprisoned for any
term of years or for life, or both, or may be sentenced
to death.

Registered Mail # RE ＿＿＿＿＿＿＿ US

Also see..

The court held in *UNITED STATES v. KOZMINSKI,* 487 U.S.
931 (1988) by  looking  to the meaning of the
Thirteenth Amendment in interpreting two enforcement
statutes, one prohibiting conspiracy to interfere with
exercise or enjoyment of constitutional rights,  the
other prohibiting the holding of a person in a
condition of involuntary servitude. For purposes of
prosecution under these authorities, the Court held,
*the term  'involuntary servitude' necessarily means a*
*condition of servitude in which the victim is forced to*
*work for the defendant by the use or threat of physical*
*restraint or physical injury, or by the use or threat*
*of coercion through law or the legal process.*

Also see..

*"Where rights secured by the Constitution are involved,*
*there can be no rule making or legislation which would*
*abrogate them." MIRANDA V. ARIZONA, 384 U.S. 436, 491.*
*And "The State cannot diminish rights of the people."*
*HERTADO V. CALIFORNIA, 110 U.S. 516*

24. Proof of jurisdiction, appearing on the record, to commit treason. See...

"No *state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." COOPER v. AARON, 358 U.S.*

Also see...

*COHENS v VIRGINIA19 U.S. 264, 404, 5 L.Ed. 257, 6 Wheat. 264 (1821),".. [W]hen a judge acts where he or she does not have jurisdiction to act, the judge is engaged in an act of treason".*

Also see...

USC <u>TITLE 18</u> > <u>PART I</u> > <u>CHAPTER 115</u> > § 2381 Treason
Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

25. Proof of jurisdiction, appearing on the record, that the defendant is subject to rules, codes and regulations. See...

*"All codes, rules and regulations are applicable to the government authorities only, not Human/Creators in accordance with God's laws.   All codes, rules and regulations are unconstitutional and lacking in due process..." RODRIQUES v RAY DONAVAN (U.S. Department of Labor), 769 F. 2d 1344, 1348 (1985).*

26. Proof of jurisdiction, appearing on the record, of having taken an oath of office.

27. Proof of jurisdiction, appearing on the record, for the court or the prosecution to violate their oaths of office.

*"faithfully perform the duties of his office"* which is to secure defendants unalienable Right to the liberty of ownership of property as per the **Declaration of Independence** secured in the contract known as the **Constitution for the united States of 1789.**

28. Proof of jurisdiction, appearing on the record, to proceed when jurisdiction is challenged. See...

*"...[H]owever late this objection [to jurisdiction] has been made, or may be made in any cause, in an inferior or appellate court of the United States, it must be*

considered and decided, BEFORE any court can move ONE
FURTHER STEP IN THE CAUSE; as any movement is
necessarily the exercise of jurisdiction. RHODE ISLAND
V. MASSACHUSETTS, 37 U.S. 657, 718, 9 L.Ed. 1233
(1838).

See also..

"  [O]nce jurisdiction is challenged, the court CANNOT
PROCEED when it clearly appears that the court lacks
jurisdiction, the court has no authority to reach
merits, but, rather, should dismiss the action." MELO
v. US, 505 F2d 1026.

   29. Proof of jurisdiction, appearing on the record,
   the defendant has given consent to anything or
   anyone to govern him or his private property. See ..

AM Jur. 11 §329, Constitutional law Page 1134,
"Moreover the principles that embody the essence of
constitutional liberty and security forbid all
invasions, on the part of the government and its
employees, of the sanctity of a man's home and the
privacies of his life.

30. Proof of jurisdiction, appearing on the record

that a judgment by this court while not having

jurisdiction  is binding.

*"If a court grants relief, which under the
circumstances it hasn't any authority to grant, its
judgment is to that extent void." (1 Freeman on
Judgments, 120-c.)*

*"A void judgment is no judgment at all and is without
legal effect." (Jordon v. Gilligan, 500 F.2d 701, 710
(6th Cir. 1974))*

*"a court must vacate any judgment entered in excess of
its jurisdiction." (Lubben v. Selective Service System
Local Ed. No. 27, 453 F.2d 645 (1st Cir. 1972).*

*Flake v Pretzel,* 381 Ill. 498, 46 N.E.2d 375  (1943)
"the actions, being statutory proceedings,  ... were
void for want of power to make them." "The judgments
were based on orders which were void because the court
exceeded its jurisdiction in entering them. Where a
court, after acquiring jurisdiction of a subject
matter, as here, transcends the limits of the
jurisdiction conferred, its judgment is void."

31. Proof of jurisdiction, appearing on the record,

in consideration of the following.

*BARKER v DIST. COURT,   609 P.2d 628, 199 Colo. 416
(Colo. 04/14/1980) which held quoting IVANHOE LODGE V.*

GRAND LODGE, 126 Colo. 515, 251 P.2d 1085 (1952), ''

   [A]ctions may be brought only by legal entities and
against legal entities. There must be some
ascertainable persons, natural or artificial, to whom
judgments are awarded and against whom they may be
enforced. "

Also see..


 HIDDEN LAKE V. DIST. CT., 183 Colo. 168, 515 P.2d 632
 (1973). "Fictions arise from the law and not the law
 from fictions" "Where there is truth fiction of law
 exist not"

   32. Proof of jurisdiction, appearing on the record,

   to deny the people or the defendants sovereignty.


YICK WO v. HOPKINS, 118 U.S. 356 (1886) held: "When we
consider the nature and the theory of our institutions
of government, the principles upon which they are sup-
[118 U.S. 356, 370] posed to rest, and review the
history of their development, we are constrained to
conclude that they do not mean to leave room for the
play and action of purely personal and arbitrary power.
"..[S]overeignty itself is, of course, not subject to
law, for it is the author and source of law; but in our
system, while sovereign powers are delegated to the
agencies of government, sovereignty itself remains with
the people, by whom and for whom all government exists
and acts. And the law is the definition and limitation

*of power.  It is indeed quite true that there must always be lodged somewhere and in some person  or body the authority of final decision;  and in many  cases of mere administration the responsibility  is purely political  no appeal lying except  to  the ultimate tribunal of  the public  judgment exercised  either in the pressure of opinion  or by means of  the suffrage.*

*But the fundamental rights to life  liberty  and the pursuit of happiness  considered as individual possessions  are secured by those maxims of constitutional law which are the monuments  showing the victorious progress  of the race in securing to men the blessings of civilization under the reign of just and equal laws  so that in the famous language of the Massachusetts bill of rightsr  the government of the commonwealth 'may be a government of laws and not of men. ' For the very idea that one man may be compelled to hold his life  or the means of living  or any material  right essential  to the enjoyment of life  at the mere will of another  seems to be intolerable in any country where freedom prevails  as being the essence of slavery itself'.*

33. Proof of jurisdiction, appearing on the record,

that the defendant is a vessel. See..

## USC TITLE 18 > PART I> CHAPTER 1 > § 9. Vessel of the United States defined

**The term "vessel of the United States", as used in this title, means a vessel belonging in whole or in part to the United States, or any citizen thereof, or any corporation created by or under the laws of the United States, or of any State, Territory, District, or possession  thereof.**

34. Proof of jurisdiction, appearing on the record,

at the common law. See..

*Erie Railroad v. Tompkins, 1938"* [t]here is no federal general common law."

Also see...

**Article one, section 10, Constitution for the united States 1789 "...silver or gold coin."**

35. Proof of jurisdiction, appearing on the record,

to impair or force nonexistent obligations to a

contract. See...

**Constitution for the united States, Article 1, Section 10 (1789) 'No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility."**

36. Proof of jurisdiction, appearing on the record,

at common law. See...

*Erie Railroad v. Tompkins, 1938,* "[t]here is no federal general common law."

37. Proof of jurisdiction, appearing on the record,

at maritime or admiralty law. See...

*Erie Railroad v. Tompkins, 1938,* "[t]here is no federal general common law."

Also see...

**Constitution for the united States, Article 1, Section 10 (1789) 'No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility."**

38. Proof of jurisdiction, appearing on the

record, of any maritime or admiralty contract that

the alleged defendant is a part of. See..

*Erie Railroad v. Tompkins, 1938,* "[t]here is no federal general common law."

Also see..

**Article one, section 10, Constitution for the united States 1789 ". silver or gold coin."**

39. Proof of jurisdiction, appearing on the record

To bind the alleged defendant to a contract that

he/she has not made or authorized. See ..

*Alexander v. Bothsworth, 1915. "Party cannot be bound by contract that he has not made or authorized. Free consent is an indispensable element in making valid contracts."*

40. Proof of jurisdiction, appearing on the record, to

deprive the defendant of common law rights.

41. Proof of jurisdiction, appearing on the record, to deprive the defendants of common law due process as protected by both the Constitution for the united States and the dejure state constitution.

42. Proof of jurisdiction, appearing on the record, to be above the law. See..

*Butz v. Economou 98 S. Ct. 2894 (1978); United States v. Leer 106 U.S. at 220 1 S. Ct. at 261 (1882) "No man [or woman] in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government from the highest to the lowestr are creatures of the law and are bound to obey it."*

Also see..

*When a Citizen challenges the acts of a federal or state official as being illegal that official cannot just simply avoid liability based upon the fact that he is a public official. In United States v. Lee 106 U.S. 196 220 2211 S.Ct. 240 261 the United States claimed title to Arlington Lee's estate via a tax sale some years earlier held to be void by the Court. In so voiding the title of the United Statesr the Court declared:*

*"No man in this country is so high that he is above the law. No officer of the law may set that law at defiance with impunity. All the officers of the government r from the highest to the lowest are creatures of the law and are bound to obey it. It is the only supreme power in our system of government and every man who by accepting office participates in its functions is only*

Registered Mail # RE $957$ $756$ $131$   US

*the more strongly bound to submit to that supremacy,
and to observe the limitations which it imposes upon
the exercise of the authority which it gives.*
*"Shall it be said... that the courts cannot give remedy
when the citizen has been deprived of his property by
force, his estate seized and converted to the use of
the government without any lawful authority, without
any process of law, and without any compensation,
because  the president has ordered it and his officers
are in possession? If such be the law of this country,
it sanctions a tyranny which has no existence in the
monarchies of Europe, nor in any other government which
has a just claim to well-regulated liberty and the
protection  of personal  rights."*

Also  see...

*Pierce v. United States  ("The Floyd Acceptances"), 7
Wall.  (74 U.S.) 666, 677 ("We have no officers in this
government from the President down to the most
subordinate agent, who does not hold office under the
law, with prescribed  duties and limited authority");
Cunningham v. Macon, 109 U.S. 446, 452, 456, 3 S.Ct.
292, 297 ("In these cases he is not sued as, or because
he is, the officer of the government, but as an
individual, and the court is not ousted of jurisdiction
because he asserts authority as such officer. To make
out his defense he must show that his authority was
sufficient in law to protect him ... It is no answer for
the defendant to say I am an officer of the government
and acted under its authority unless he shows the
sufficiency of that authority"); and Poindexter v.
Greenhaw, 114 U.S. 270, 287, 5 S.Ct.  903, 912*

Also  see...

*WHEREAS, officials and even judges have no immunity
 (See, Owen vs. City of Independence, 100 S Ct. 1398;*

Registered Mail # RE 957 756 131 US

*Maine vs. Thiboutot, 100 S. Ct. 2502; and Hafer vs. Melo, 502 U.S. 21; officials and judges are deemed to know the law and sworn to uphold the law; officials and judges cannot claim to act in good faith in willful deprivation of law, they certainly cannot plead ignorance of the law, even the Citizen cannot plead ignorance of the law, the courts have ruled there is no such thing as ignorance of the law, it is ludicrous for learned officials and judges to plead ignorance of the law therefore there is no immunity, judicial or otherwise, in matters of rights secured by the Constitution for the United States of America. See: Title 42 U.S.C. Sec. 1983.*

Also see...

*"When lawsuits are brought against federal officials, they must be brought against them in their "individual" capacity not their official capacity. When federal officials perpetrate constitutional torts, they do so ultra vires (beyond the powers) and lose the shield of immunity." Williamson v. U.S. Department of Agriculture, 815 F.2d. 369, ACLU Foundation v. Barr, 952 F.2d. 457, 293 U.S. App. DC 101, (CA DC 1991).*

Also see...

*"Personal involvement in deprivation of constitutional rights is prerequisite to award of damages, but defendant may be personally involved in constitutional deprivation by direct participation, failure to remedy wrongs after learning about it, creation of a policy or custom under which unconstitutional practices occur or gross negligence in managing subordinates who cause violation." (Gallegos v. Haggerty, N.D. of New York, 689 F. Supp. 93 (1988).*

43. Proof of jurisdiction, appearing on the record,

to deny the first eight amendments of the

constitution. See..

*Mallowy v. Hogan, 378 U.S. 1 "All rights and safeguards
contained in the first eight amendments to the federal
Constitution are equally applicable."*

44. Proof of jurisdiction, appearing on the record,

to not state and prove the jurisdiction taken. See ..

*The question  of jurisdiction  in the court either over
the person,    the subject-matter or the place where the
crime was committed   can      be   raised   at   any
stage  of  a  criminal proceeding;   it is  never
presumed,  but   must   always   be proved;   and it is
never waived by a defendant.*
*[U.S. v. Rogers, 23 F. 658 (D.C.Ark. 1885)]*


*In a criminal proceeding  lack of subject matter
jurisdiction  cannot be   waived  and  may  be  asserted
at  any  time  by collateral attack.*
*[U.S. v. Gernie, 228 F.Supp. 329  (D.C.N.Y. 1964)']*


*Jurisdiction of court may be challenged at any
stage of the proceeding,  and  also may be challenged
after conviction and execution of judgment by way of
writ of habeas corpus.*
*[U.S. v. Anderson,  60 F.Supp. 649  (D.C.Wash. 1945)]*

45. Proof of jurisdiction, appearing on the

record, under the de jure state or federal

constitution.

46. Proof of jurisdiction, appearing on the

record, to not state jurisdiction on the record.

See..

*"The law requires proof of jurisdiction to appear on
the record of the administrative agency and all
administrative proceedings. "*
*Hagans v. Lavine, 415 U. S. 538  (1974)*

47. Proof of jurisdiction, appearing on the record,

of being noncommercial entities. See..

**Uniform  Commercial Code** creates a corporate State of the
United States, the federal corporation. As opposed to
one of the de jure several  States. See..

## UCC 1-201.  General  Definitions . ( 38 )"State"  means  a State   of   the [corporate]  United  States , ...

As opposed to..

## USC TITLE  28 > PART VI > CHAPTER 176 > SUBCHAPTER A > § 3002 Definitions (14)  "state"  means  any of   the  [dejure union   states]  several   states , ...

48. Proof of jurisdiction, appearing on the

record, in light of the following.

**40 USCS 255** is also at **40 USC 3011, 3012** see..

**TITLE 40 > SUBTITLE   I> PART A > CHAPTER   31 >
SUBCHAPTER I>§ 3112. Federal jurisdiction**

**(a) Exclusive   Jurisdiction  Not Required.- It is not
required that the Federal Government obtain exclusive
jurisdiction in the United States over land or
an interest in land it acquires.**

**(b) Acquisition   and Acceptance  of Jurisdiction.- When
the head of a department, agency, or independent
establishment  of the Government, or other authorized
officer of the department, agency, or independent
establishment,  considers it desirable, that individual
may accept or secure, from the State in which land or
an interest in land that is under the immediate_____
jurisdiction,  custody, or control of the individual   is
situated, consent to, or cession of, any jurisdiction
over the land or interest not previously obtained. The
individual shall indicate acceptance of jurisdiction on
behalf of the Government by filing a notice of
acceptance with the Governor of the State or in another
manner prescribed by the laws of the State where the
land is situated.
Presumption.- It is conclusively presumed  that
jurisdiction has not been accepted until the Government
accepts jurisdiction over land as provided in this
section.**

*[Federal jurisdiction]  " ...must be considered in the
light of our dual system of government and may not be
extended. In view of our complex society, would
effectually obliterate the distinction between what is
national and what is local and create a completely
centralized government."United States v. Lopez, 514
U.S. 549, 115 S.Ct.1624(1995).*

*"In view of 40 USCS 255, no jurisdiction exists in
United States to enforce federal criminal laws, unless
and until consent to accept jurisdiction over lands
acquired by United States has been filed in behalf of
United States as provided  in said section, and fact
that state has authorized government to take*

*jurisdiction is immaterial." Adams v. United States*
*(1943) 319 US 312, 87 L Ed. 1421, 63 S. Ct. 1122*

49.Proof of jurisdiction, appearing on the

record that a commercial entity can detain,

imprison, enslave and force into indentured

servitude a human being. See...

**13th amendment, united States constitution**

Also see..

**USC <u>TITLE 18</u> > <u>PART I</u>> <u>CHAPTER 55</u> > § 1201 Kidnapping**

50.Proof of jurisdiction, appearing on the record

that a commercial entity can sell penal bonds on

human beings and/or sovereign Citizens. See ..

**13th amendment, united States constitution**

Also see..

**USC TITLE 15 > CHAPTER 1 > § 17 "The labor of a human being is not a commodity or- article of commerce."**

Also see..

**Palermo protocols United Nations 2000**

Also see..

**TITLE 18 > PART I > CHAPTER 77 > § 1590. Trafficking with respect to peonage, slavery, involuntary servitude, or forced labor**

51. Proof of jurisdiction, appearing on the record

of being above the law. See...

*U.S. v. Leer 106 U.S. 196r 220 1 S. Ct. 240r 261r 27 L. Ed 171 (1882) "No man in this country is so high that he is above the law". No officer of the law may set that law at defiancer with impunity. All the officers of the government from the highest to the lowest are creatures of the law are bound to obey it."*

52. Proof of jurisdiction, appearing on the record

to interface with other than corporate entities.

See...

*a. "Inasmuch as every government is an artificial person  an abstraction and a creature of the mind only a government can interface only with other artificial persons.  The imaginary having  neither actuality nor  substance r  is foreclosed from  creating and attaining parity  with  the tangible.  The legal manifestation  of this is  that no governments  as well as any laws agency aspects  courts etc. can concern itself with  anything other  than corporate artificial persons and  the contracts between  them."* **S.C.R.   1795 Penhallow v. Doanes Administrators   3 U.S. 54; 1 L.Ed.  57;3 Dall. 54;** *and,*

*b.  "the contracts between  them" involve  U.S.  citizens which  are  deemed  as  Corporate Entities:*

*c.  "Therefore   the U.S. citizens  residing in one of the states of the union  are classified as property  and franchises of the federal  government  as an  "individual entity""* **Wheeling Steel Corp. v. Fox 298 U.S. 193 80 L.Ed. 1143  56 S.Ct.  773**

53. Proof of jurisdiction, appearing on the record
that I am the property of the federal government.
See..

*"Therefore the U.S <u>citizens</u> residing in one of the
states of the union, <u>are classified as property and
franchises of the federal government as an
individual entity.</u>""* **Wheeling Steel Corp. v Fox, 298
U.S. 193, 80 L. Ed 1143, 56 S. Ct. 773**

54. Proof of jurisdiction, appearing on the record
that a person is a subject of commerce. See ..

*Gibbons v Ogden 1 82 4 supreme court " Person
are not the subjects of commerce... "*

55. Proof of jurisdiction, appearing on the record
of jurisdiction to operate against the alleged
defendant in REM, (against a thing).

56. Proof of jurisdiction, appearing on the
record, of having jurisdiction over the alleged
defendant, a child of God. See ..

*Robin v. Hardaway 1790. Biblical Law at "Common Law"
Supersedes all laws, and 'Christianity is custom".
Custom is law."*

57. Proof of jurisdiction, appearing on the record

to violate the alleged defendants rights protected

by the 4th **amendment**. See ..

The constitution for the united States 1789, Amendment
IV,
The right of the people to be secure in their persons,
houses, papers, and effects, against unreasonable
searches and seizures, shall not be violated, and no
warrants shall issue, but upon probable cause,
supported by oath or affirmation, and particularly
describing the place to be searched, and the persons or
things to be seized.

58. Proof of jurisdiction, appearing on the record

to violate the alleged defendants rights

protected by the 5th **amendment**. See ..

The constitution for the united States 1789, Amendment
V,
**No person shall be held to answer for a capital, or
otherwise infamous crime, unless on a presentment or
indictment of a grand jury, except in cases arising in
the land or naval forces, or in the militia, when in
actual service in time of war or public danger; nor
shall any person be subject for the same offense to be
twice put in jeopardy of life or limb; nor shall be
compelled in any criminal case to be a witness against
himself, nor be deprived of life, liberty, or property,
without due process of law; nor shall private property
be taken for public use, without just compensation.**

59. Proof of jurisdiction, appearing on the

record, to violate the alleged defendants rights

protected by the **6th    amendment.** See .

**The constitution for the united States 1789, Amendment VI**
**In all criminal prosecutions, the accused shall enjoy**
**the right to a speedy and public trial, by an impartial**
**jury of the state and district wherein the crime shall**
**have been committed, which district shall have been**
**previously ascertained by law, and to be informed of**
**the nature and cause of the accusation; to be**
**confronted with the witnesses against him; to have**
**compulsory process for obtaining witnesses in his**
**favor, and to have the assistance of counsel for his**
**defense.**

60. Proof of jurisdiction, appearing on the

record, that the alleged defendant cannot stand

upon his/her constitutional rights. See...

*Hale v. Henkel was decided by the united States Supreme*
*Court in 1906. The opinion of the court states:*

*"The "individual" may stand upon "his Constitutional*
*Rights" as a CITIZEN. He is entitled to carry on his*
*"private" business in his own way. "His power to*
*contract is unlimited." He owes no duty to the State or*
*to his neighbors to divulge his business, or to open*
*his doors to an investigation, so far as it may tend to*
*incriminate him. He owes no duty to the State, since he*
*receives nothing there from, beyond the protection of*
*his life and property. "His rights" are such as*
*"existed" by the Law of the Land (Common Law) "long*
*antecedent" to the organization of the State", and can*
*only be taken from him by "due process of law", and "in*
*accordance with the Constitution." "He owes nothing" to*
*the public so long as he does not trespass upon their*
*rights."*

record, of any corpus delecti and the criminal

act committed by the alleged defendant. See..

*"Corpus delecti consists of a showing of*
*"1) the occurrence of the specific kind of injury and*
*2) someone's criminal act as the cause of the injury."*
*Johnson v. State, 653 N.E.2d 478, 479 (Ind. 1995).*

*"State must produce corroborating evidence of "corpus*
*delecti, showing that injury or harm constituting*
*crime occurred and that injury or harm was caused by*
*someone's criminal activity.   Jorgensen v. State, 567*
*N.E.2d 113, 121.*

*"To establish the corpus delecti, · independent evidence*
*must be presented showing the occurrence of a specific*
*kind of injury and that a criminal act was the cause of*
*the injury."*
*Porter v. State, 391 N.E.2d 801, 808-809.*

62. Proof of jurisdiction, appearing on the

record, that the claim and exercise of a

constitutional right can be converted into a

crime.

See..

*Miller v. U.S., 230 F.2d. 486,489 "The claim and*
*exercise of a Constitutional right cannot be*
*converted into a crime."*

Registered Mail # RE 757 756 751 US

63. Proof of jurisdiction, appearing on the

record, that the alleged defendant ever knowingly

and or willingly surrendered any rights.

*"The rights of the individuals are restricted only* to
*the extent that they have been voluntarily surrendered
by the citizenship* to *the agencies of government."* City
of Dallas v Mitchell, 245 S.W. 944

Also see...

*Brady v. U.S., 397 U.S. 742, 748, (1970) "Waivers of
Constitutional Rights, not only must they be voluntary,
they must be knowingly intelligent acts done with
sufficient awareness."*

64. Proof of jurisdiction, appearing on the record

that the constitutions meaning can be changed or

altered. See...

*Mattox v. U.S., 156 US 237, 243. (1895) "We are bound* to
*interpret the Constitution in the light of the law as
it existed at the time it was adopted."*

*S. Carolina v. U.S., 199 U.S. 437, 448 (1905). "The
Constitution is a written instrument. As such, its
meaning does not alter. That which it meant when it
was adopted, it means now."*

65. Proof of jurisdiction, appearing on the

record, to be using a higher law than the

constitution. See...

Registered Mail # RE 797 756 731 US

***Marbury v. Madison, 5 US 137, (1803) "The Constitution
of these United States is the supreme law of the land.
Any law that is repugnant to the Constitution is null
and void of law."***

66. Proof of jurisdiction, appearing on

the record, that any law repugnant to the

constitution is not void. See...

*Marbury v. Madison, 5 US 137, (1803) "The Constitution
of these United States is the supreme law of the land.
Any law that is repugnant to the Constitution is null
and void of law."*

Also see...

*Miranda v. Arizona, 384 U.S. 436, (1966) "Where rights
secured by the Constitution are involved, there can be
no rule making or legislation, which would abrogate
them."*

67. Proof of jurisdiction, appearing on the

record, that the state can convert a liberty into

a privilege, license it, and attach a fee to it."

See...

*Murdock v. Penn., 319 US 105, (1943) "No state shall
convert a liberty into a privilege, license it, and
attach a fee to it."*

Also see...

*Miranda v. Arizona, 384 U.S. 436, (1966) "Where rights
secured by the Constitution are involved, there can be
no rule making or legislation, which would abrogate
them."*

68.Proof of jurisdiction, appearing on the

record, that if a state converts a liberty into a

privilege, that the citizen cannot engage in the

right with impunity." See..

*Shuttlesworth v. Birmingham, 373 US 262, (1969) "If the
state converts a liberty into a privilege,the citizen
can engage in the right with impunity."*

Also see..

*Miranda v. Arizona, 384 U.S. 436, (1966) "Where rights
secured by the Constitution are involved, there can be
no rule making or legislation, which would abrogate
them."*

69.Proof of jurisdiction, appearing on the record

to violate the alleged defendants' rights as

protected by the **9th** **amendment** when there is no

silver or gold coin. See . .

**The constitution for the united States 1789, Amendment
VIII
Excessive bail shall not be required, nor excessive
fines imposed, nor cruel and unusual punishments
inflicted.**

Also see..

**The constitution for the united States 1789, Article
one, Section 10.
No state shall enter into any treaty, alliance, or
confederation; grant letters of marque and reprisal**

Registered Mail # RE 757 756 751 US

coin money; emit bills of credit; make anything but
gold and silver coin a tender in payment of debts; pass
any bill of attainder, ex post facto law, or law
impairing the obligation of contracts, or grant any
title of nobility.

70. Proof of jurisdiction, appearing on the record

to have titles of nobility such as "Your Honor",

"Esquire" and etc.. See..

**The constitution for the united States 1789, Article
one, Section 10**

71. Proof of jurisdiction, appearing on the

record, that the alleged defendant literally

lives in the fictional "Federal area". See ..

**Buck Act 1940**
**USC TITLE 4 > CHAPTER 4 > § 110.**
**Same; definitions**
**As used in sections 105-109 of this title-**
**  (d) The term "State" includes any Territory or**
**possession of the United States.**
**  (e) The term "Federal area" means any lands or premises**
**held or acquired by or for the use of the United States**
**or any department, establishment, or agency, of the**
**United States; and any Federal area, or any part**
**thereof, which is located within the exterior boundaries**
**of any State, shall be deemed to be a Federal**
**area located within such State.**

72. Proof of jurisdiction, appearing on the record

that the prosecutor/plaintiff' s attorney and

judge can hold office in the united States. See the **13**[th]

**amendment** also known as the missing amendment ratified

in 1819 and published in..

*Military Laws of the United States; to which is prefixed  the Constitution of the United States. Compiled and Published under the Authority of the War Department, 1825, By Trueman Cross. Washington Edward De Kraftt, printer  Chapter one, page 16,*

see,.

**The constitution for the united States 1789, 13th amendment. Ratified 1819**
**"If any citizen of the United States shall accept, claim, receive, or retain any title of nobility or honour, or shall without the consent of Congress, accept and retain any present, pension, office, or emolument of any kind whatever, from any emperor, king, prince or foreign power, such person shall cease to be a citizen of the United States and shall be incapable of holding any office of trust or profit under them, or either of them."**

| The 13th Amendment was ratified as follows: | |
| --- | --- |
| Maryland, De. 25, 1810 | Tennessee, Nov. 21, 1811 |
| Kentucky, Jan. 31, 1811 | Georgia, Dec. 13, 1811 |
| Ohio, Jan. 31, 1811 | North Carolina, Dec. 23, 1811 |
| Delaware, Feb. 2, 1811 | Massachusetts Feb. 27, 1812 |
| Pennsylvania, Feb., 1811 | New Hampshire, Dec.10, 1812 |
| New Jersey, Feb.13 1811 | Virginia, March 10, 1819 |
| Vermont, Oct 24, 1811 | |

73. Proof of jurisdiction, appearing on the

record, that the prosecution and the court have

not been actively abridging the freedom of the

people by gradual and silent encroachments. See...

*JAMES MADISON, speech in the Virginia Convention, June 6, 1788: "Since the general civilization of mankind, I believe there are more instances of the abridgment of the freedom of the people, by gradual and silent encroachments of those in power, than by violent and sudden usurpations.*

## NOTICE AND DEMAND TO PROVE JURISDICTION

WHEREFORE, it is demanded that this court and the prosecutors, appearing on the record, bring forth its proof and answer each and every one of the foregoing questions within (twenty-four) 24 hours of this filing, on a point-by-point basis, via sworn affidavit, under your full liability, signing under penalty of perjury that the facts contained therein are true, correct, complete and not misleading. Mere declarations are an insufficient response, as declarations permit lying by omission and hearsay, which no honorable draft may contain. Be sure to include all documents and evidence supporting your claims. A non-response and/or failure to provide proof of jurisdiction will constitute agreement that your jurisdiction, charges, and demands brought against , sui juris **louis delynn hansen** are void, false, fraudulent and treasonous.

Failure and/or refusal to bring forth such proof of claim'will place you in dishonor, and thus constitute an admission of false claims, damages and injury **louis delynn hansen**, sui juris. And further you have agreed to return all funds and property collected from

**louis delynn hansen** suijuris. And further agreement by you, to dismiss all charges with prejudice. And further, if I am being held, imprisoned or otherwise detained, to release me immdediately.

Failure and/or refusal to bring forth such "proof of jurisdiction" is acquiescence, agreement that the court and the prosecution, et al has no jurisdiction and all charges are fraudulent and treasonous without objection.

Silence is Acquiescence/Agreement/Dishonor

YOU HAVE 24 (TWENTY-FOUR) Hours.
TIMELY NOTICE AND DEMAND
HAS BEEN GIVEN YOU!
THIS IS NOT A MOTION!
**THIS IS A SELF EXECUTING DOCUMENT!**


#### SUBMITTED BY AFFIDAVIT

Affiant, **louis delynn hansen** Sui Juris, a "state" Citizen of one of the several states of the republic, living in the republic, a common man of the Sovereign People, does swear and affirm that Affiants have scribed and read the foregoing facts, and in accordance with the best of Affiants' firsthand knowledge and conviction, such are true, correct complete and not misleading, the truth, the whole truth and nothing but the truth.

This Affidavit is dated  *1 november* ,2016
**A.R.R. w/o Prejudice- Non Assumpsit- Non Domiciled- Non Resident**

By: *louis-delynn-hansen*
Sui Juris **louis delynn hansen**
In Care of  c/o 62 North 1160 East, Orem, Utah, America
without the US corp.®, Non- Domestic

AFFIDAVIT


I certify that I witnessed louis delynn Hansen autograph
the above document.


Witness #1. By: Tamra-Iverson: hansen


Witness #2.


Witness #3.

CERTIFICATE OF SERVICE

I, hereby certify that the true copy of the forefoing
document was served by placing it in sealed envelope,
First Class Mail postage fully prepaid in the U.S. mail
and addressed, the mail to:


ADMINISTRATIVE OFFICE OF THE COURTS
450 SOUTH STATE STREET
P.O. BOX 140241
SALT LAKE CITY, UT 84114


UNITED STATES ATTORNEY
JOHN HUBER
KEVIN SUNDWALL
ANDREW KAMEROS
185 SOUTH STATE STREET, SUITE
300 SALT LAKE CITY, UTAH
84114

By: tamraziverson: hansen
Nov 3, 2016

Registered Mail # RE  957  756  131   US

| U.S. POSTAL SERVICE | **CERTIFICATE OF MAILING** |
| --- | --- |

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE--POSTMASTER

Received From:

louis – delynn:hansen

c/o 62 N. 1160 E.

on Orem, on Utah state [84097]

One piece of ordinary mail addressed to:

Administrative Office of the Courts

450 South State Street

P.O. Box 140241

Salt Lake City, Utah  84114

PS Form 3817, Mar. 1989

Affix fee here in stamps
or meter postage and
post mark. Inquire of
Postmaster for current
fee.