# United States District Court

FILED
U.S. DISTRICT COURT

DISTRICT OF UTAH - CENTRAL DIVISION

2016 NOV 18 A 9:48
DISTRICT OF UTAH
BY: ____________
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

**Louis Delynn Hansen**,

**WARRANT FOR ARREST**

**CASE NUMBER: 2:16-cr-00534-CW-1**

To: The United States Marshal
and any Authorized United States Officer

ORIGINAL

YOU ARE HEREBY COMMANDED to arrest **LOUIS DELYNN HANSEN**
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

- [X] Indictment
- [ ] Superseding Indictment
- [ ] Information
- [ ] Superseding Information
- [ ] Complaint
- [ ] Order of court
- [ ] Violation Notice
- [ ] Probation Violation Petition
- [ ] Supervised Release Violation Petition

charging him or her with (brief description of offense)

**Attempt to Evade or Defeat Tax and Corrupt or Forcible Interference**

RECEIVED
UNITED STATES MARSHAL
2016 NOV 16 AM 11:27
DISTRICT OF UTAH

in violation of **26:7201 and 26:7212** United States Code.

Dustin B. Pead
Name of Issuing Officer

Magistrate Judge
Title of Issuing Officer

Signature of Issuing Officer

November 15, 2016 at Salt Lake City, Utah
Date and Location

By: Teri Sparrow
Deputy Clerk

Bail fixed ____________ by ____________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED<br>11/15/16 | NAME AND TITLE OF ARRESTING OFFICER<br>DUSM<br>JAMIE ZEEFLIZ | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>11/17/16 | | |