louis delynn hansen
c/o 62 North 1160 East
Orem, Utah, 801-427-3700
America without the US corp.®,Non- Domestic

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO: 2:16-cr-00534 |
| *Plaintiff* | |
| | NOTICE |
| LOUIS DELYNN HANSEN | |
| *Defendant in error* | |
| | JUDGE CLARK WADDOUPS |



# NOTICE

i; a man; require the UNITED STATES OF AMERICA to show up in court; take the stand; present me with a photo ID (eg; a Driver's License with his/her name UNITED STATES OF AMERICA clearly printed on it; a current street address, and a clear photo of his/her face to enter into the record so I'll know who to hold personally liable should the claims against me turn out to be false or inaccurate) and verify his/her claim against me so I may cross examine my accuser (Amendment VI - The accuser surely witnessed the supposed crime and the plaintiff must appear) and compensate him/her for any harm, injury, or loss i may have caused. If this man/woman that goes by the name of 'UNITED STATES OF AMERICA' cannot show up to verify his/her claim, i require this matter immediately discharged, as the court will have no jurisdiction to even hear the case because there is apparently no controversy before the court. It is my belief that there is no man/woman named 'UNITED STATES OF AMERICA' who can verify this claim by uttering with his/her voice I've done wrong or caused him/her personal

i



harm, injury, or loss, therefore pressing it upon the record in open court, as I've never even heard of this man/woman, and don't believe we've ever crossed paths to be quite honest. It is also my belief, that someone is filing frivolous complaints (false claims) on behalf of this enity known as 'UNITED STATES OF AMERICA' (whoever those individuals may be) in an attempt to deprive me of my rights and property without due process of law and/or fair and just compensation. If this matter is not immediately discharged, i will be requiring leave of court so i may bring forth an actual proper and veriable claim before the court to address these tresspasses against me in the proper venue - a court of record (tresspasses being: personage, filing false claims, barratry, extortion, malicious persecution, unjust enrichment, fraud, theft, kidnapping, etc.) in which i will be requiring compensation for the trespasses and wasting my valuable time, money and resourses having to deal with this complaint, as i do not have time to answer

2

 

complaints without compensation at this time. I will also be requiring compensation at this time. I will be requiring compensation of one U.S. MINT one ounce American Silver Eagle per second for every second i was incarcerated, from or am incarcerated the very commencement of the crime until I was/am released. If there is an actual verifiable claim before this court, i will be more than happy to show up free of charge and address any proper and verifiable claim against me.

louis delynn hansen

All Rights Reserved UCC 1-308

3

## CERTIFICATE OF SERVICE

I, hereby certify, that a true copy of the foregoing document was served, by E-filing

to:

John W. Huber, United States Attorney (#7226)

Kevin L Sundwall, Assistant United States Attorney (#6341)

Andrew J. Kameros, Special Assistant United States Attorney
185 South State Street, Suite 300
Salt Lake City, Utah 84111

Dated: Jan 6, 2017

By: Stephen McCaughey/Ysabel

NOTICE