IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DELYNN HANSEN<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER REGARDING SELF-REPRESENTATION AND OTHER ISSUES**<br><br>Case No. 2:16-cr-534<br><br>Judge Clark Waddoups |

On or about October 19, 2016, a grand jury indicted Defendant Louis DeLynn Hansen for violations of 26 U.S.C. § 7201 (Attempt to Evade or Defeat Tax) and 26 U.S.C. § 7212(a) (Impeding Internal Revenue Laws).

The court held a hearing on this matter on Monday, January 9, 2017. At the hearing, Defendant Louis DeLynn Hansen moved to represent himself. After a reading of the indictment and further questioning from the court, as well as consultation with standby counsel, Dr. Hansen indicated that he would proceed with standby counsel. The court granted Dr. Hansen's request to represent himself with standby counsel.

Dr. Hansen has challenged the court's jurisdiction over this matter. (*See* Dkt Nos. 16, 32 & 33). The government responded to the jurisdictional challenge. (Dkt. No. 22.) The court has considered these filings and rejected Dr. Hansen's jurisdictional challenge at the hearing.

Additionally, the court raised the issue that a jury trial on this matter was scheduled to begin on January 20, 2017. Through standby counsel, Dr. Hansen moved the court to continue the trial. For good cause appearing, the court continued the trial to May 5, 2017 at 8:30 a.m. The

1

court found that the ends of justice served by such a continuance outweighed the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). The court noted the failure to grant such a continuance would deny Dr. Hansen the reasonable time necessary for effective and adequate preparation, especially considering the complexity of the case and Dr. Hansen's desire to be represented only through standby counsel. The court also noted that Dr. Hansen needed time to review the government's discovery. This was Dr. Hansen's first request to continue the trial in this matter. The United States did not object to the continuance.

Accordingly, the court excludes the time between January 9, 2017 and the new trial date set forth above, May 5, 2017, from speedy trial computation for good cause.

DATED this 11th day of January, 2017.

BY THE COURT:

_____
CLARK WADDOUPS
United States District Judge