louis delynn hansen
c/o 62 North 1160 East,
Orem, Utah, 801-427-3700
America without the US corp.®, Non- Domestic

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CASE NO: 2:16-cr-00534-CW |
| *Plaintiff* | ) | |
| | ) | **Response to Opposition to** |
| | ) | **Jurisdictional Challenge** |
| **LOUIS DELYNN HANSEN** | ) | |
| *Defendant in error* | ) | |

Comes now DeLynn, (hereinafter known as Affiant), a living man, one of "we the people" of

the Utah state, being of sound mind, here to answer U.S. Attorney Kevin Sundwall's response

to the Jurisdictional Challenge that was sent and received by both the U.S. Attorneys and the

Court.

## INTRODUCTION

First of all, Attorney Sundwall did NOT go through the Jurisdictional Challenge point by

point, addressing each issue raised. Affiant has filed numerous documents with the court, that

**RESPONSE TO OPPOSITION TO JURISDICTIONAL CHALLENGE**

were included in the Jurisdictional Challenge paperwork, that appears to have been overlooked or blatantly ignored.

According to Internal Revenue Manual, U.S. Attorneys cannot cite ANY court cases LOWER than Supreme Court cases, when referring to cases in his ( Attorney Sundwall or his associates) paperwork.  (Internal Revenue Manual 4.10.7.2.9.8. (05-14-1999) Attorney Sundwall has NOT cited ONE Supreme Court case in his Opposition to the Jurisdictional Challenge.

Also, "An attorney for the Plaintiff cannot admit evidence into the court. He is either an attorney or a witness," and, "Statements of counsel in brief or in argument are not facts before the court." (Trinsey v. Pagliaro D.C.Pa. 1964, F. Supp. 647).

Affiant did indeed "reject" all offers to contract with the court, and well stated in the "Declaration of Political Status and Release and Discharge" document to Magistrate Judge Dustin Peade, and Judge Clark Waddoups, that "I do not consent to any statutory military jurisdiction of any kind.  I did not willingly or knowingly consent to statutory military jurisdiction, and I do not consent to military jurisdiction, now, nor at any foreseeable time in the future."  That document was filed with the court on Nov. 15, 2016 prior to the hearing.  It wasn't until Affiant entered the courtroom in shackles, and under "duress and coercion", agreed to some conditions set by the court in order to be released from UNLAWFUL arrest and detainment. According to Contract Law, any "verbal contract or agreement" made under "duress" is rendered null and void.

Attorney Sundwall states that Affiant is pro se, and that Affiant accepted appointed counsel. "Statements of counsel in brief or in argument are not facts before the court."  Affiant NEVER said that affiant was "pro se", and Affiant clearly stated in open court that he did NOT want an attorney nor did he want one appointed.

**RESPONSE TO OPPOSITION TO JURISDICTIONAL CHALLENGE**

-3-

Argument

## 1. NO JURISDICTION OVER THE LIVING MAN

Affiant has not been presented ANY evidence that proves jurisdiction over the living man, and Affiant does not believe such evidence exists. Attorney Sundwall, fails to provide evidence, under oath or affirmation, and signed under the pains and penalties of perjury, that Affiant is ANY of the following:

1. a "U.S. Citizen ".

2. a "person".

3. an "individual ".

4. a "resident".

5. a "corporation".

6. a "corporate trust".

7. a "corporate fiction".

8. a member of the Military.

9. a federal employee.

10. a "taxpayer".

All of these terms have legal definitions and obligations attached. Attorney Sundwall has assumed, and presumed, that one or more of these terms apply to Affiant.

There is NO evidence that Congress was ever empowered to name corporate persons after living American State Nationals, nor is there any provision for Congress to require or even request registration of any child born on American soil. Affiant is an American State National, and clearly stated such in open court.

The decision to abandon one's "U.S. citizen" status while retaining their "national" status under 8 U.S.C. Section 1401 is guaranteed by 15 Stat. 223-224 (1868), R.S. Section 1999, 8

**RESPONSE TO OPPOSITION TO JURISDICTIONAL CHALLENGE**

U.S.C. Section 800 (1940) and you have no lawful delegated authority to deny this claim of status. If you believe otherwise, then please provide evidence of the same, including a delegation of authority order that authorizes you to make such a determination.

Attorney Sundwall can't claim who Affiant is.  Only Affiant can claim who he is.

Attorney Sundwall has failed to rebut the numerous documents included in the jurisdictional challenge, and the many other documents filed with the court.

Affiant does not believe there is a lawful contract between him and the private Corporate Franchise, known as the "US Internal Revenue Service" (IRS), Duns No. 040539587.

Attorney Sundwall has failed to provide Affiant with the International contract that Affiant signed, that gives the U.S. Attorneys and the Grand Jury the authority to issue Affiant, a true bill.

There are numerous documents included in the Jurisdictional Challenge that have been recorded at the Utah County Recorders' Office that have gone UNREBUTTED 30+ days, which now STANDS AS TRUTH. (Under the foundation of the UCC)

Affiant has also filed a " Notice of Act of Expatriation and Oath of Allegiance" (a certified copy enclosed) at the Utah County Recorders' Office on May 6, 2016 and letter to Secretary of State, John Kerry ( also enclosed with proof of mailing and delivery) notifying him of such notice. As of this date, 30+ days have passed since this filing, unrebutted by NO ONE, therefore, it NOW stands as TRUTH. (Under the foundation of the UCC)

As you can see in Affiant's documents that were included in the Jurisdictional Challenge, in accordance with the provisions of 26 C.F.R. 1.6013-6(b)(1)(ii), Affiant has revoked his election (copy enclosed) to pay federal income taxes, effective July 1, 2004, nunc pro tunc, and cannot be

**RESPONSE TO OPPOSITION TO JURISDICTIONAL CHALLENGE**

PRESUMED UPON or HARASSED for exercising his exemption. Affiant knows that he is NOT a Withholding Agent, and he would be committing PERJURY to claim otherwise, now that he knows that a Withholding Agent is a Warrant Officer in the Merchant Marines. Affiant started filing by mistake, so Affiant has corrected this mistake, and Affiant is claiming his natural exemption.

There is NO constitutional authority that gives ANY contemporary United States District Court the capacity to take jurisdiction and "enter judgments, orders and decrees in favor of the United States and arising from a civil or criminal proceeding regarding a debt" (28 U.S.C. 3002 (8) in any country, parish, or borough in America-----and NO ONE CAN PRODUCE SUCH AUTHORITY!

**"Sovereignty itself is, of course, not subject to law, for it is the author and source of law..."**
*Yick Wo v. Hopkins 118 U.S. 356; 6 S. Ct. 1064  May 10, 1886*

## 2. SUBJECT MATTER JURISDICTION

If the court does not have jurisdiction over the living man, subject matter jurisdiction is rendered moot.

## 3. DISMISSAL WITH PREJUDICE

Based upon the FACTS and evidence already submitted, Affiant is requesting the court to Dismiss, with prejudice, in favor of DeLynn Hansen. ON THE RECORD, the opposing counsel, Attorney Sundwall has only been "enlightening" to the court, but not sufficient to rise to the level of FACT. Where there is NO EVIDENCE to the contrary presented by the Plaintiff, the court has NO FACTS to rely on for a summary determination in their (Plaintiff's) favor.

**RESPONSE TO OPPOSITION TO JURISDICTIONAL CHALLENGE**

1   Attorney Sundwall had 30 days to answer the jurisdictional challenge paperwork, and in his

2   opposition, failed to rebut, point by point, ANY of the points made in the jurisdictional challenge

3

4   and ANY/ALL of the documents filed into the case.

5

6   In the ABSENCE of any rebuttal to any of Affiant's paperwork and documents, Attorney

7   Sundwall's silence is his acquiescence that he AGREES with Affiant's paperwork.

8   U.S. v. Tweel, 550 F.2d.297. "Silence can only be equated with fraud where

9   there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally

10  misleading."

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RESPONSE TO OPPOSITION TO JURISDICTIONAL CHALLENGE**

CONCLUSION

For the reasons stated herein, Affiant, a living man, requests that this Court dismiss this case with prejudice.

RESPECTFULLY SUBMITTED, this 13th day of December, 2016.

By: _louis   delynn hansen_____ (seal)

louis delynn hansen, a living man.  All Rights Reserved, UCC 1-308

**RESPONSE TO OPPOSITION TO JURISDICTIONAL CHALLENGE**

CERTIFICATE OF SERVICE

I, hereby certify, that a true copy of the foregoing document was served, by placing it in an

envelope and sealed, First Class Mail postage fully prepaid, in the U.S. mail, addressed, and

mailed to:

John W. Huber, United States Attorney (#7226)

Kevin L Sundwall, Assistant United States Attorney (#6341)

Andrew J. Kameros, Special Assistant United States Attorney
185 South State Street, Suite 300
Salt Lake City, Utah  84111

Dated: _____

By:_____

**RESPONSE TO OPPOSITION TO JURISDICTIONAL CHALLENGE**

May 14, 2016


John Forbes Kerry, Secretary of State
Department of State
2201 C St. NW
Washington, DC 20520


John Forbes Kerry, the US (Corporation) Secretary of State,


Enclosed you will find a certified copy of the new Oath of Allegiance signed by
Louis DeLynn Hansen. "LOUIS " is expatriating and going home and by the
way---all his assets are due and owing as a Priority Creditor of the UNITED
STATES. Please send a copy to the United Nations Secretary General and ask him
to notify the UN Bankruptcy Trustees presently trying to liquidate the assets of the
UNITED STATES, so they can exclude LOUIS DELYNN HANSEN from the
asset roster. Please do the same for LOUIS D. HANSEN.

Thank you for you time and attention in this matter.



Louis DeLynn Hansen, all rights reserved
c/o 62 North 1160 East
on Orem, on Utah state near [84097]
non domestic without the United States

After recording return to:

DeLynn: Hansen family
in care of Sixty-two North Eleven Sixty East
on Orem, on Utah; near [84097]
Real Land North America

Recording Requested By:

DeLynn [house of Hansen]



ENT  40181:2016 PG 1 of 3
JEFFERY SMITH
UTAH COUNTY RECORDER
2016 May 06 3:40 pm FEE 14.00 BY SS
RECORDED FOR TAMRA IHANSEN

*The Herein Document is a matter of Record and Notice*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# Notice
# of
# Act of Expatriation
# and
# Oath of Allegiance

Leaf One of Three                    Notice

# Act of Expatriation and Oath of Allegiance

Whereas "LOUIS DELYNN HANSEN" is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s), and is the age of majority, and whereas such "citizenship" was never desired nor intended nor willingly nor voluntary entered into, "LOUIS DELYNN HANSEN" willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, U.S. Corp, US, Inc., etc. formed under the Act of 1877, and does repatriate to the land of HIS birth, known as Utah, and does freely affirm HIS allegiance to the same actual and organic state of the Union, and does accept HIS true Nationality as an American State National and an American State Vessel in all international commerce, owned and operated by Hansen, Louis DeLynn of 62 North 1160 East, Orem, Utah, 84097.

This do I certify, Witness and confirm this 27th day of April, 2016.

_Louis _____ by Louis DeLynn Hansen, all rights reserved.

Notary Witness

**Utah County**

**Utah State**

Before me this 27th day of April, 2016, did appear one LOUIS DELYNN HANSEN, and he did establish this Act of Expatriation and Oath of Allegiance, freely and without coercion. In Witness whereof, I set my sign and seal. _Sherry J Smith_ Notary; my commission expires on ___7-11-2017___.



SHERRY J SMITH
Notary Public
State Of Utah
My Commission Expires July 11, 2017
COMMISSION #652917

# Act of Expatriation and Oath of Allegiance

Whereas "LOUIS D. HANSEN" is a naturalized "citizen of the United States" under the Diversity Clause of the Constitution(s), and is the age of majority, and whereas such "citizenship" was never desired nor intended nor willingly nor voluntarily entered into, "LOUIS D. HANSEN" willingly and purposefully renounces all citizenship or other assumed political status related to the United States defined as "the territories and District of Columbia" (13 Stat. 223, 306, ch. 173, sec. 182, June 30, 1864) and its government, a corporation doing business variously as the UNITED STATES, U.S. Corp, US, Inc., etc. formed under the Act of 1877, and does repatriate to the land of HIS birth, known as Utah, and does freely affirm HIS allegiance to the same actual and organic state of the Union, and does accept HIS true Nationality as an American State National and an American State Vessel in all international commerce, owned and operated by Hansen, Louis DeLynn of 62 North 1160 East, Orem, Utah, 84097.

This do I certify, Witness and confirm this 27th day of April, 2016.

_____ by Louis DeLynn Hansen, all rights reserved.

Notary Witness

**Utah County**

**Utah State**

Before me this 27th day of April, 2016, did appear one LOUIS D. HANSEN, and he did establish this Act of Expatriation and Oath of Allegiance, freely, and without coercion. In Witness whereof, I set my sign and seal. _____ Notary; my commission expires on _7-11-2017_ .

SHERRY J SMITH
Notary Public
State Of Utah
My Commission Expires July 11, 2017
COMMISSION #652917



STATE OF UTAH
COUNTY OF UTAH
I THE UNDERSIGNED RECORDER OF UTAH COUNTY, UTAH
DO HEREBY CERTIFY THAT THE AMENDED AND FOREGOING IS A
TRUE COPY OF THE ORIGINAL RECORDED DOCUMENT IN THE
OFFICE RECORD IN MY OFFICE AS THE SAME APPEARS IN
ENTRY 40181 : 2016 PAGES 3
BOOK N/A AT PAGE N/A
WITNESS MY HAND AND SEAL OF SAID OFFICE THIS 16 th
DAY OF May 20 16
            JEFFERY SMITH, RECORDER
Sheryl M. Steele DEPUTY

**FedEx Express US Airbill** ~~NEW Package~~

**1 From**  *Please print and press hard.*

Date 5/14/2016

Sender's FedEx Account Number

Sender's Name Louis Delynn Hansen  Phone 801 427 3700

Company

Address C/o 62 North Main East

City Un Orem  State On Utah near Payson 97

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's Name John Kerry

Company Secretary of State

Department of State

Address 2201 C St. Nw
Dept./Floor/Suite/Room

City Washington  State DC  ZIP 20520

Phone 202 647.4000

FedEx Tracking Number  8086 3451 9043

**4 Express Package Service**  *Packages up to 150 lbs.*

Form ID No  0200

☐ FedEx First Overnight
☐ FedEx Priority Overnight
☐ FedEx Standard Overnight

☑ FedEx 2Day A.M.
☐ FedEx 2Day
☐ FedEx Express Saver

**5 Packaging**

☑ FedEx Envelope*  ☐ FedEx Pak*  ☐ FedEx Box  ☐ FedEx Tube  ☐ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery

**Does this shipment contain dangerous goods?**

☑ No  ☐ Yes  ☐ Yes  ☐ Cargo Aircraft Only
☐ Dry Ice  Dry Ice, 9, UN 1845 ___ kg

☐ No Signature Required
☐ Direct Signature
☐ Indirect Signature

**7 Payment**  *Bill to:*

☐ Sender  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

Total Packages  Total Weight  Total Declared Value $ ___.00

**Easy new Peel-and-Stick airbill. No pouch needed.**
Apply airbill directly to your package. See directions on back.

644



May 24,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **808634519043**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Mailroom |
| Signed for by: | W.MCNEIL | Delivery location: | DC |
| Service type: | FedEx 2Day A.M | Delivery date: | May 16, 2016 10:57 |
| Special Handling: | Deliver Weekday | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 808634519043 | Ship date: | May 14, 2016 |
| | | Weight: | 0.2 lbs/0.1 kg |

| | | |
|---|---|---|
| Recipient: | | Shipper: |
| DC US | | ORE US |

Thank you for choosing FedEx.

John Koskinen, IRS Commissioner                          September 16, 2016
77 K Street, NE
Washington, DC 20002


           Notice to Principal is Notice to Agents.  Notice to Agents is Notice to Principal.


Commissioner Koskinen,

   Enclosed you will find a copy of my "REVOCATION of ELECTION" document,
accompanied by its' proof of mailing and delivery notices, for and in behalf of L. DeLynn
Hansen (SSN 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). I respectfully require this document be included in my official
Administrative Record.  Please send me a confirmation letter, affirming that it has indeed
become a permanent addition to my Administrative Record.

   Thank you for your attention to this matter,


L. DeLynn Hansen                 *All rights reserved* UCC 1-308
c/o 62 North 1160 East
on Orem, on Utah state near [84097]


cc:  Loretta Lynch, US Attorney General

Louis DeLynn Hansen
c/o 62 North 1160 East
on Orem, on Utah state near [84097]
non domestic without the United States


14 May 2016


Notice to Principals is Notice to Agents. Notice to Agents is Notice to Principals.


Director, Fresno Service Center           Fed Ex Tracking No: 8086 3451 9054
Department of the Treasury
Internal Revenue Service
Fresno, CA 93888


Re:  26 U.S.C. Section 6013(g)(4)(A)


## Statement of Revocation

In accordance with the provisions of 26 C.F.R. 1.6013-6(b)(1)(ii), the undersigned, Louis DeLynn Hansen (the "Undersigned"), Social Security Account Number 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, hereby submits for filing, this Statement of Revocation, in respect of the Undersigned's (apparent) 26 U.S.C. 6013(g)(1) general election, to be treated as a resident of the United States - as Congress defines the term "United States" in a geographical sense, in 26 U.S.C. 7701(a)(9) - as authorized by Congress in 26 U.S.C. Section 6013(g)(4)(A).

In as much as this was a "pledge" of my service as a Withholding Agent and was voluntary so long as I am not a federal employee (military or civilian), willingly operating as a federal corporation, of African American descent, a political asylum seeker, or welfare seeker, I am backdating this Revocation, nunc pro tunc, to 1 July 2004.

Thank you in advance for your diligent assistance.

Sincerely,

Louis DeLynn Hansen

# Affidavit of Mailing

The undersigned, Dennis Iverson (the "Undersigned"), is over 18 years of age and not a party to the within action. The Undersigned's address is:

> Dennis Iverson
> c/o 2001 West Stone Creek Dr.
> on West Valley City, on Utah state near [84119]
> non domestic without the United States

On The 14th Day of May 2016, the Undersigned shipped one copy of the following:

> Statement of Revocation, dated 14 May 2016, signed by Louis DeLynn Hansen, one (1) page in length,

a total of one (1) page mailed herewith, including all attachment pages (not including this Affidavit of Mailing) by FedEx Tracking No. 8086 3451 9054 in a sealed envelope with shipping pre-paid, properly addressed to Director, Fresno Service Center as follows:

Director, Fresno Service Center
Department of the Treasury
Internal Revenue Service
Fresno, CA 93888

The Undersigned hereby solemnly swears, declares, and states that the Undersigned executes this Affidavit of Mailing on the Undersigned's unlimited liability, that the Undersigned is competent to state the matters set forth herein, that the facts stated herein are true, correct, and complete in accordance with the Undersigned's best firsthand personal knowledge and belief, and that this Affidavit of Mailing is signed, sworn to, and executed 14 May 2016, in Orem, Utah County, Utah state.

_Dennis Iverson_
Dennis Iverson

5-14-2016
Date

5-14-16
Date

5-14-16
Date

_Witness: Kenneth Hansen_
Witness: Kenneth Hansen

_Witness: David Weeks_
Witness: David Weeks

_Witness: Elizabeth Weeks_
Witness: Elizabeth Weeks

**FedEx Office**

1078 FORT UNION BLVD
Midvale, UT 84047

Location:        NPHK
Device ID:       NPHK-POS2
Employee:        1888304
Transaction:     870200988388

MORNING 2DAY                                5.0
808634519054        0.10 lb (S)

Scheduled Delivery Date 05/17/2016

Shipment subtotal:        5.0

Total Due:        5.

(V) CreditCard:        5
***********3311

H = Weight entered manually
S = Weight read from scale
T = Taxable item

Subject to additional charges. See FedEx Service G
at fedex.com for details. All merchandise sales fi

Visit us at: fedex.com
Or call 1.800.GoFedEx
1.800.463.3339

May 14, 2016 2:47:06 PM

********* WE LISTEN *********
Tell us how we're doing
& receive a discount on your next
fedex.com/welisten or 800-398-0
Redemption Code: _____

*** Thank you ***

---

Handwritten shipping label:

INTERNAL REVENUE SERVICE
2525 CAPITOL STREET

FRESNO    State CA    ZIP 93883

Total Packages: 1    Total Weight: 0.5 lbs

**7 Payment**  Bill to:
☑ Sender

☑ No Signature Required

DRE AFFIXING TO THE PACKAGE, NO POUCH NEEDED.



May 24,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **808634519054**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Receptionist/Front Desk |
| Signed for by: | A.DOWDEN | Delivery location: | CA |
| Service type: | FedEx 2Day A.M | | |
| Special Handling: | Deliver Weekday | Delivery date: | May 17, 2016 10:34 |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 808634519054 | Ship date: | May 14, 2016 |
| | | Weight: | 0.5 lbs/0.2 kg |

| | |
|---|---|
| Recipient: | Shipper: |
| CA US | WES US |

Thank you for choosing FedEx.

**FedEx Express**

US Airbill

FedEx Tracking Number  8086 3452 0850

**1 From** Please print and press hard.

Date 9/19/2016

Sender's FedEx Account Number _____

Sender's Name L. DeWine Hansen   Phone 801 421-3700

Company _____

Address c/o 62 North 1160 East

City CM Orem   State Utah   ZIP 84097

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

**3 To**

Recipient's Name John Koskinen IRS Commissioner

Company IRS

Address 77 K Street, NE

We cannot deliver to P.O. boxes or P.O. ZIP codes.

Address _____
Use this line for the HOLD location address or for continuation of your shipping address.

City Washington   State D.C.   ZIP 20002   20002   20002

**4 Express Package Service**   *To most locations.

☐ FedEx First Overnight

☐ FedEx Priority Overnight

☐ FedEx Standard Overnight

☐ FedEx 2Day A.M.

☐ FedEx 2Day

☐ FedEx Express Saver

Packages up to 150 lbs.

**5 Packaging**   *Declared value limit $500.

☐ FedEx Envelope*   ☒ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling and Delivery Signature Options**

☐ SATURDAY Delivery

☐ No Signature Required

☒ Direct Signature

☐ Indirect Signature

Does this shipment contain dangerous goods?

☐ No   ☐ Yes Shipper's Declaration not required.   ☐ Yes

☐ Dry Ice   ☐ Cargo Aircraft Only

**7 Payment** Bill to:

☐ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

Total Packages   Total Weight ____ lbs.   Total Declared Value* $ ____ .00

644

Easy new Peel-and-Stick airbill. No pouch needed.



September 22, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number 808634520850.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered to: | Shipping/Receiving |
| Signed for by: | P.SPEIGHT | Delivery location: | DC |
| Service type: | FedEx 2Day | Delivery date: | Sep 21, 2016 10:28 |
| Special Handling: | Deliver Weekday | | |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 808634520850 | Ship date: | Sep 19, 2016 |
| | | Weight: | 0.3 lbs/0.1 kg |

Recipient:
DC US

Shipper:
ORE US

Thank you for choosing FedEx.