louis delynn hansen
c/o 62 North 1160 East,
Orem, Utah, 801-427-3700
America without the US corp.®, Non- Domestic

# UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO: 2:16-cr-00534-CW |
| Plaintiff ) | |
| ) | COUNTER DEED |
| ) | |
| LOUIS DELYNN HANSEN ) | FILE ON DEMAND |
| Defendant in error ) | |

Comes now, Louis DeLynn Hansen, a living man, one of "we the people" of the Utah state, being of sound mind and body, hereby issues this Counter Deed to be filed on demand, and set to both the Public & Private sides of the Court of Record, and in the instant case, 2:16-cr-00534-CW.

US Attorney Kevin Sundwall says that I (DeLynn), am the defendant in this case. I am NOT the defendant. I have surrendered the federal "Person" to the U.S. Treasury. See enclosed form 56, endorsed Authenticated Birth Certificate, along with correspondence to the Secretary of the Treasury, Steven T. Mnuchin, at 1500 Pennsylvania Avenue NW, Washington, D.C. 20220. Please refer to the Registered Mail No. RE 957 758 747 US, to verify mailing and delivery.

**COUNTER DEED**

Also enclosed is a UCC-1 filing.

I, DeLynn, have title, lien, and bond, and I deal only in facts. I would like this matter brought by secondary creditors, DISCHARGED!

Respectfully submitted this 30th day of June 2017.

By: _____
     Louis DeLynn Hansen, a living man.

**COUNTER DEED**

Steven T. Mnuchin, Secretary of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C.  20220

June 5, 2017                                                          RE 957 758 747 US

Dear Secretary Mnuchin,

Enclosed is an authenticated Birth Certificate, with hand written instructions on the top left front and on the back of the certificate, as well as a Form 56. I wish to operate exclusively, under 100% commercial liability. I am waiving any benefit of the Public Charitable Trust (PCT). or Limited Liability insurance, and I am instead, operating under Private Indemnity Bond AMRI00001 for Utah, a state of the union. You are instructed to open a Treasury Direct Account, with the above nine-digit Registered Mail Number (RE 957 758 747 US) as the account number. Please notify me when it is open for business.

Finally, settle all debts and charges related to LOUIS DELYNN HANSEN, and deposit the remainder, and all other credits owed, into the new Treasury Direct Account.

Thank you for your time and attention in this matter.

By: _____
Louis DeLynn Hansen
c/o 62 North 1160 East
Orem, Utah [84097]
non-domestic, without the United States





## STATE OF UTAH

### OFFICE OF THE LIEUTENANT GOVERNOR

# Certificate

1. Country:  United States of America

2. This public document has been signed by RICHARD J. OBORN

3. Acting in the capacity of STATE REGISTRAR, DEPARTMENT OF HEALTH, STATE OF UTAH

4. Bears the seal/stamp of  THE GREAT SEAL OF THE STATE OF UTAH

**Certified**

5. at Salt Lake City, Utah, U.S.A.

6. the 6th day of April, 2017

7. by Spencer J. Cox, Lieutenant Governor, State of Utah, U.S.A.

8. Number:  315757

9. Seal/Stamp:

10. Signature

*Spencer J. Cox*

Spencer J. Cox

Lieutenant Governor

This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the State of Utah.

STATE OF UTAH
CERTIFICATION OF VITAL RECORD

Accepted by Drawee
by: *Louis DeLynn Hansen*
1 June 2017

## Utah Birth Certification

| **Louis** | **De Lynn** | **Hansen** |
|---|---|---|
| Child First | Child Middle | Child Last |

| Male | June 21, 1952 | 11:17 |
|---|---|---|
| Sex of Child | Date of Birth | Time of Birth |

| Lehi Hospital | Lehi |
|---|---|
| Place of Birth | City of Birth |

Utah
County of Birth

Le La Christensen
Mother's Maiden Name

| 30 | Utah |
|---|---|
| Mother's Age | Mother's Place of Birth |

| Orem | Utah |
|---|---|
| Mother's Residence City | Mother's Residence State/Country |

Gordon Emil Hansen
Father's Name

| 30 | Utah |
|---|---|
| Father's Age | Father's Place of Birth |

| July 3, 1952 | 19522501323 | No |
|---|---|---|
| Date of Registration | File Number | SSA Card Requested |

April 3, 2017
Date Issued

This is an exact reproduction of the facts registered in the Utah State Office of Vital Records and Statistics.
Security features of this official document include: High Resolution Border, V & R images in top cycloids, and microtext.
This document displays the date, seal, and signature of the Utah State Registrar of Vital Records and Statistics.

Richard J. Oborn, MPA
State Registrar
Rev. 1/16



065183194

Gary L. Edwards
Director/Health Officer
County/District Health
Department



SALT LAKE COUNTY HEALTH DEPARTMENT

THE GREAT SEAL OF THE STATE OF UTAH
INDUSTRY
1847
1896

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF UTAH DEPARTMENT OF HEALTH - OFFICE OF VITAL RECORDS AND STATISTICS
## AFFIDAVIT TO AMEND A RECORD

Corrections to a vital record must be made by affidavit but an item on a birth record may be corrected by affidavit only once. A court order is required for subsequent changes. A court order is necessary to make any corrections to a Delayed Birth Certificate. This affidavit cannot be used to correct medical information. Please return any copies of the certificate with this affidavit completed. If corrected certificates are reissued within 90 days of issuance, the new certificate fee will be waived but affidavit fees may still apply. This affidavit may be mailed or hand delivered.

**Mailing Address**
Office of Vital Records and Statistics
PO Box 141012
Salt Lake City, UT 84114-1012

**Physical Address**
Office of Vital Records and Statistics
288 North 1460 West
Salt Lake City, UT 84116

**Affidavit Instructions**
Please print or type in black ink.
Items 1-6: Enter the facts as reported on the current vital record.
Item 7: Enter Item number from items 1-6 that will be changed, if applicable.
Item 8a: Enter the information as stated on the original record.
Item 8b: Enter the correct information as it should be stated on the record.
Item 9: Enter the reason the change is necessary.
Item 10: Enter the proofs used to support the change, if applicable. The proofs must match the asserted fact(s) exactly.
Items 11-22: Enter witness information.

**Witness Instructions**
Witnesses for Birth Certificate: If the person listed on the record is under 18 years of age, both parents of record MUST sign the affidavit. If only one parent is listed, the second witness MUST be an immediate family member of the listed parent. If the person listed on the record is 18 years of age or older, he/she MUST sign as one of the witnesses. The second witness MUST be their immediate family member.
Witnesses for Death Certificate: The informant must sign as a witness along with an immediate member of the decedent's family, or a person who is knowledgeable of the facts.

☐ BIRTH   ☐ DEATH   ☐ STILLBIRTH     STATE FILE NUMBER _____

**NAME AS REPORTED ON REVERSE**

| 1a. FIRST NAME | 1b. MIDDLE NAME | 1c. LAST NAME |
|---|---|---|
| 2. SEX | 3. DATE OF EVENT | 4. PLACE OF OCCURRENCE (City and County) |
| 5. NAME OF PARENT 1 (Maiden name if Applicable) | | 6. NAME OF PARENT 2 (Maiden name if Applicable) |

**STATEMENT OF AMENDMENTS**

| 7. ITEM NO. | 8a. FACTS EXACTLY AS STATED ON THE ORIGINAL RECORD | 8b. CORRECT INFORMATION |
|---|---|---|
| | *Pay to the Order of the United States of America U.S. Treasury, Without Recourse, by: Louis Bryan Johnson, 1 June 2017* | *I certify that this is a true, correct, and complete copy of the original. by: Louis Johnson 29 June 2017* |

**WHY IS CHANGE NECESSARY?**

| 9a. | |
| 9b. | |

**DOCUMENTS USED TO AMEND RECORD**

| 10a. | |
| 10b. | |

**OATH OF FIRST WITNESS (MUST BE 18 OR OLDER)**

I hereby certify, under penalty of perjury, that I have personal knowledge of the above facts and that the information given is true and correct.

| 11a. SIGNATURE OF WITNESS (Must be signed in front of a Notary) | 11b. PRINTED NAME OF WITNESS |
|---|---|

Subscribed & Sworn to before me this _____ day of _____ 20 ____
Notary Signature _____
State _____
County _____

| 12. DATE SIGNED | 13. AGE OF WITNESS | 14. DAYTIME TELEPHONE OF WITNESS ( ) | 15. RELATIONSHIP OF WITNESS |
|---|---|---|---|
| 16. ADDRESS OF WITNESS (Street, City, State, Zip) | | | |

S
E
A
L

**OATH OF SECOND WITNESS (MUST BE 18 OR OLDER)**

I hereby certify, under penalty of perjury, that I have personal knowledge of the above facts and that the information given is true and correct.

| 17a. SIGNATURE OF WITNESS (Must be signed in front of a Notary) | 17b. PRINTED NAME OF WITNESS |
|---|---|

Subscribed & Sworn to before me this _____ day of _____ 20 ____
Notary Signature _____
State _____
County _____

| 18. DATE SIGNED | 19. AGE OF WITNESS | 20. DAYTIME TELEPHONE OF WITNESS ( ) | 21. RELATIONSHIP OF WITNESS |
|---|---|---|---|
| 22. ADDRESS OF WITNESS (Street, City, State, Zip) | | | |

S
E
A
L

UDOH-OVRS-901
Rev. 01/16

**Form 56**
(Rev. December 2015)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

▶ Information about Form 56 and its separate instructions is at *www.irs.gov/form56*.
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

| Part I | Identification |

Name of person for whom you are acting (as shown on the tax return)

**LOUIS DELYNN HANSEN**

Identifying number

**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**

Decedent's social security no.

Address of person for whom you are acting (number, street, and room or suite no.)

**62 NORTH 1160 EAST**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**OREM, UTAH 84097**

Fiduciary's name

**STEVEN T. MNUCHIN, SECRETARY OF THE TREASURY**

Address of fiduciary (number, street, and room or suite no.)

**1500 PENNSYLVANIA AVENUE, NW**

City or town, state, and ZIP code

**WASHINGTON, D.C. 20220**

Telephone number (optional)

( )

## Section A. Authority

1   Authority for fiduciary relationship. Check applicable box:
a   ☐ Court appointment of testate estate (valid will exists)
b   ☐ Court appointment of intestate estate (no valid will exists)
c   ☐ Court appointment as guardian or conservator
d   ☐ Valid trust instrument and amendments
e   ☐ Bankruptcy or assignment for the benefit or creditors
f   ☑ Other. Describe ▶ ____ PUBLIC COMMERCIAL TRUST ORGANIZATION ____
2a   If box 1a or 1b is checked, enter the date of death ▶ ____
b   If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶ ____

## Section B. Nature of Liability and Tax Notices

3   Type of taxes (check all that apply):  ☐ Income  ☐ Gift  ☐ Estate  ☐ Generation-skipping transfer  ☐ Employment
☐ Excise  ☐ Other (describe) ▶ ____

4   Federal tax form number (check all that apply):  **a** ☑ 706 series  **b** ☑ 709  **c** ☐ 940  **d** ☐ 941, 943, 944
**e** ☐ 1040, 1040-A, or 1040-EZ  **f** ☐ 1041  **g** ☐ 1120  **h** ☑ Other (list) ▶ ____ All forms that may be necessary ____

5   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . ▶ ☐
and list the specific years or periods ▶ ____

6   If the fiduciary has a CAF number and wants a copy of notices and correspondence **(see the instructions)** check this box  . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than one form entered on line 4h, enter the form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.

Cat. No. 16375I

Form **56** (Rev. 12-2015)

Form 56 (Rev. 12-2015)                                                                                                    Page **2**

| **Part II** | **Revocation or Termination of Notice** |

### Section A—Total Revocation or Termination

7  Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ► ☐

   Reason for termination of fiduciary relationship. Check applicable box:

   a ☐ Court order revoking fiduciary authority
   b ☐ Certificate of dissolution or termination of a business entity
   c ☑ Other. Describe ► _____ Surrender of federal "PERSON" to U.S. Treasury. _____

### Section B—Partial Revocation

8a  Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . ► ☐

   b  Specify to whom granted, date, and address, including ZIP code.
   ► _____

### Section C—Substitute Fiduciary

9  Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . ► ☐
   ► _____

| **Part III** | **Court and Administrative Proceedings** |

Name of court (if other than a court proceeding, identify the type of proceeding and name of agency)

UTAH VITAL RECORDS AND STATISTICS

Date proceeding initiated
**3 July 1952**

Address of court

288 NORTH 1460 WEST

Docket number of proceeding
**1952250 1323**

City or town, state, and ZIP code

SALT LAKE CITY, UTAH 84116

| Date | Time **11:17** ☒ a.m. ☐ p.m. | Place of other proceedings **usa** |

| **Part IV** | **Signature** |

**Please Sign Here**

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

► *by: Louis lee _____*
Fiduciary's signature

Authorized Representative   **5 June 2017**
Title, if applicable          Date

Form **56** (Rev. 12-2015)

*I, DeLynn, wish to be indemnified against claims or losses under the sovereign usa Private Indemnity Bond AMRI 00001 for Utah, a state of the union.*

**Registered No.** RE957758747US

**Date Stamp**

MTN 0149 03
JUN 06 2017

| | | |
|---|---|---|
| Postage $ $8.35 | Extra Services & Fees *(continued)* | |
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ $12.50 | ☐ Signature Confirmation Restricted Delivery $ | |
| ☐ Return Receipt *(hardcopy)* $ $2.75 | | |
| ☐ Return Receipt *(electronic)* $ $0.00 | Total Postage & Fees $ $23.60 | |
| ☐ Restricted Delivery $ $0.00 | | |
| Customer Must Declare Full Value $100.00 $ 100.— | Received by 06/06/2017 | Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

**OFFICIAL USE**

OREM UT 84097

FROM
L. Delynn Hansen
c/o 62 North 1160 East
Orem, Utah [84097]
84097
Non-domestic, without the United States

TO
Steven T. Mnuchin
Secretary of the Treasury
WASHINGTON, DC 20220
1500 Pennsylvania Ave, NW
Washington, D.C. 20220

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at *www.usps.com* ®

Copy 1 - Customer
(See Information on Reverse)

## Product Tracking & Reporting

Help

**UNITED STATES POSTAL SERVICE**®

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | June 27, 2017 |

### USPS Tracking Intranet

### Delivery Signature and Address

*(Steve Mnuchin)*

Tracking Number: RE95 7758 747U S

**This item was delivered on 06/15/2017 at 03:55:00**

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type: Quick Search ▾    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 13.0.0.0.16

Receipt Number: 6930101

Amount Paid:    $48.00

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

L. DeLynn Hansen
c/o 62 North 1160 East
Orem, Utah near [84097]

JUN 27 '17 PM 12:07

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| LOUIS DELYNN HANSEN | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 62 North 1160 East | Orem | UT | 84097 | usa |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Louis DeLynn Hansen | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 62 North 1160 East | Orem | UT | 84097 | usa |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| hansen | louis | delynn | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 62 North 1160 East | Orem | ut | [84097] | usa |

4. COLLATERAL: This financing statement covers the following collateral:

All assets belonging to DEBTORS/Debtors, both registered and unregistered, all titles, deeds, insurances, copyrights, trademarks, signatures, patents, licenses, derivatives, ESTATES interests, trusts, transmitting utilities, funds, land, soil, actual money, debentures, etc., — all beneficial interests whatsoever --- belong to the Secured Party who is the paramount security interest holder in the DEBTOR ESTATES and UTILITIES and all associated Foreign Situs Trusts, Territorial Persons, and Vessels in Trade or Commerce however these are named or styled.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☒ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

Receipt Number: 8930101
Amount Paid: $48.00

## UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

18a. ORGANIZATION'S NAME

OR 18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

JUN 27'17 PM 12:07

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME **L. DELYNN HANSEN** | | | | |
|---|---|---|---|---|
| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 19c. MAILING ADDRESS **c/o 62 North 1160 East** | CITY **Orem** | STATE **UT** | POSTAL CODE **84097** | COUNTRY **usa** |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME **L. DeLynn Hansen** | | | | |
|---|---|---|---|---|
| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 20c. MAILING ADDRESS **c/o 62 North 1160 East** | CITY **Orem** | STATE **UT** | POSTAL CODE **84097** | COUNTRY **usa** |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME **DELYNN HANSEN** | | | | |
|---|---|---|---|---|
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 21c. MAILING ADDRESS **c/o 62 North 1160 East** | CITY **Orem** | STATE **UT** | POSTAL CODE **84097** | COUNTRY **usa** |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**24. MISCELLANEOUS:**

Receipt Number: 6930101
Amount Paid: $48.00

# UCC FINANCING STATEMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| 18a. ORGANIZATION'S NAME |
| --- |
| |

OR

| 18b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| | | | |

JUN 27 '17 PM 12:07

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| DeLynn Hansen | | | |

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| | | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| c/o 62 North 1160 East | Orem | UT | 84097 | usa |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| L D HANSEN | | | |

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| | | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| c/o 62 North 1160 East | Orem | UT | 84097 | usa |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| L D Hansen | | | |

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| c/o 62 North 1160 East | Orem | UT | 84097 | usa |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| | | | |

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| | | | | |

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- |
| | | | |

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| | | | | |

**24. MISCELLANEOUS:**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 08/22/11)    International Association of Commercial Administrators (IACA)

Receipt Number: 6930101

Amount Paid: $48.00

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

18a. ORGANIZATION'S NAME

OR

18b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

JUN 27 '17 PM 12:07
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| LOUIS D. HANSEN | | | |

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 62 North 1160 East | Orem | UT | 84097 | usa |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Louis D. Hansen | | | |

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 62 North 1160 East | Orem | UT | 84097 | usa |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**24. MISCELLANEOUS:**

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 08/22/11)    International Association of Commercial Administrators (IACA)

CERTIFICATE OF SERVICE

I, hereby certify, that a true copy of the foregoing document was served, by e-file to:

John W. Huber, United States Attorney (#7226)

Kevin L Sundwall, Assistant United States Attorney (#6341)

Andrew J. Kameros, Special Assistant United States Attorney
185 South State Street, Suite 300
Salt Lake City, Utah  84111

Dated: _June 30, 2017_

By:_____

**COUNTER DEED**