IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| UNITED STATES OF ) | |
| AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:16-CR-00534 |
| vs. ) | |
| ) | |
| LOUIS DELYNN HANSEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

BEFORE THE HONORABLE CLARK WADDOUPS

July 11, 2017

Partial Trial Transcript
Trial Testimony of Louis Delynn Hansen

Laura W. Robinson, RPR, FCRR CSR, CP
351 South West Temple
8.430 U.S. Courthouse
Salt Lake City, Utah 84101
(801)328-4800

**Appearances of Counsel:**

For the Plaintiff:         Kevin L. Sundwall
                           Attorney at Law
                           U.S. Attorney's Office
                           111 South Main Street
                           Suite 1800
                           Salt Lake City, Utah 84111

                           Andrew J. Kameros
                           Attorney at Law
                           US Department of Justice
                           601 D Street NW
                           Washington, DC 20004


For the Defendant:         Stephen R. McCaughey
                           Attorney at Law
                           Stephen R. McCaughey LLC
                           9 Exchange Place
                           Suite 600
                           Salt Lake City, Utah 84111

                           Louis Delynn Hansen
                           Pro Se
                           62 North 1160 East
                           Orem, Utah

I N D E X

<u>Examinations</u>                                                    <u>Page</u>

**LOUIS DELYNN HANSEN**                                               48
DIRECT EXAMINATION                                                   48
BY MR. MCCAUGHEY
CROSS-EXAMINATION                                                    49
BY MR. KAMEROS
REDIRECT EXAMINATION                                                 53
BY MR. MCCAUGHEY

1          **Salt Lake City, Utah July 11, 2017**

2                          * * * * *

3          THE COURT:  Ready to bring the jury back?

4          MR. MCCAUGHEY:  Yup.

5          MR. KAMEROS:  Yes, Your Honor.

6          THE COURT:  Bring the jury back.

7          MR. MCCAUGHEY:  Your Honor, do you have the actual

8   question, the actual question from the jury?

9          THE COURT:  Yes.

10         MR. MCCAUGHEY:  Could I take a look at it?

11         THE COURT:  You may.

12         THE CLERK:  All rise for the jury.

13         (Whereupon, the jury returned to the courtroom.)

14         THE COURT:  We're back in session in the United States

15  versus Hansen.  The parties and the jury are present.

16         Members of the jury, after we closed the evidence, I

17  received a note from one of the jurors asking the following

18  information.  "What was the timeframe, paren, dates, that

19  his home problems start, question mark, so we can see the

20  relevance to his tax returns."

21         The defense has requested that we reopen the evidence

22  for the limited purpose to allow them to address that

23  question.  The United States objected to that, but I have

24  agreed to allow the defense to present just an additional

25  response to that specific question.

1       Mr. McCaughey?

2       MR. HANSEN:  Do I need to take another oath?

3       THE COURT:  Mr. Hansen, you understand that you still

4  under oath.

5       THE WITNESS:  Is that good for the rest of my life?

6  Okay.

7       (Whereupon, Louis Delynn Hansen resumed the witness

8         stand having been previously duly sworn.)

9                      **DIRECT EXAMINATION**

10  BY MR. MCCAUGHEY:

11      Q.   Mr. Hansen, let me just address a couple of

12  questions to your house that you built I think it was in

13  Orem; is that correct?

14      A.   Yes.

15      Q.   When did you start building this house?

16      A.   Approximately '96-'97.

17      Q.   Okay.  And when did you run into problems,

18  problems being court action and people forcing you to pay

19  subcontractors and contractors?

20      A.   Once we finished the house, our builder came over

21  and told us that he had made some major mistakes and didn't

22  bother to tell us before we started building.  And he said

23  he would be pushing the house into sheriff's auction.  Um,

24  of course, we ended up getting an attorney and we went to

25  court for three days and at the end the judge says well, um,

```
 1     you got the value from the subcontractors and so even though
 2     you ran out of money from your building loan, you need to
 3     pay those.
 4          Q.   And approximately what year was that?
 5          A.   I think that was probably '98.
 6          Q.   Okay.
 7          MR. MCCAUGHEY:  I think that is it.
 8          THE COURT:  Cross-examination?
 9          MR. KAMEROS:  Thank you, Your Honor.
10                         CROSS-EXAMINATION
11     BY MR. KAMEROS:
12          Q.   So your testimony, if I understand it,
13     Mr. Hansen, is that you couldn't pay your taxes for the
14     years that we're talking about because you ran into
15     financial trouble with your house between 1996 and 1998?
16          A.   I believe that was the years, yes.
17          Q.   Okay.  So let's take a look at Government's
18     Exhibit Number 1.  Here it comes.  Now, this is your 2005
19     tax return and it says that you made $56,177.00 and owed
20     taxes of 11,881, and is your testimony that you couldn't pay
21     the $11,881.00 in taxes that you owed for 2005 on $56,000.00
22     in income seven years after your house problems because of
23     your house problems?  Is that your testimony?
24          A.   My house problems continued to escalate.  We
25     ended up going to court a second time with the mortgage
```

1    company in 2003, and then shortly after that we lost the
2    house.
3         Q.   I'm talking -- well, are you -- you've just
4    testified that the problem with your house was that you had
5    to pay the subcontractors and that's why you didn't have the
6    money to pay your taxes, correct?
7         A.   Correct.
8         Q.   Okay.  So let's take a look at your 2006 tax
9    return which is Exhibit 2, and it says that in 2006, eight
10   years after 1998 when you had to pay all these
11   subcontractors you made $87,014.00, and you owed $24,513.00
12   in taxes of which you paid none because of your house
13   problems in 1998, correct?
14        A.   I testified -- I testified yesterday because of
15   my house problems it caused stress.  Between going through
16   two lawsuits on my house, losing my house, having to rent,
17   the stress made it hard for me to make a living and keep up
18   with all of the bills that I had.  So yes, I did not pay.
19        Q.   And so you choose so you --
20        A.   I didn't choose that's just, you know, if I have
21   bills to pay, take care of my family, the IRS comes after my
22   family.  My family comes first.
23        Q.   So let's look at your 2010 return which is
24   Government Exhibit 6.  Now this is 2010, 12 years after
25   1998, and that year you made $160,326.00 and paid none of

1   the $54,585.00 in taxes you owed for that year, correct?

2       A.   Uh-huh (affirmative).

3       Q.   And again, that's because of the problems you had
4   with your house in 1998?

5       A.   No.

6       Q.   So you're changing your testimony now?

7       A.   No, I'm just saying this is -- this is not.  This
8   could have been, I don't know.  Well, let's see, 2000 -- I
9   really couldn't tell you why I didn't this year -- that
10  year.

11      Q.   Okay.  And then --

12      A.   But it could have been.  I mean the house
13  problems escalated and took a lot of years to come out from
14  underneath.

15      Q.   Let's take a look at your 2011 return, which is
16  Government Exhibit 7, and according to this tax return you
17  made $294,576.00 in 2011 and you paid $14,500.00 in taxes
18  but still owed 81,668, and you didn't pay any of that in
19  2011 because of your house problems, correct?

20      A.   Could have been the house problems and other
21  problems.

22      Q.   And finally -- and that was in 2011 so about
23  13 years after 1998 and then we'll look at Government
24  Exhibit 8 which is your 2012 return, um, and in that year
25  you made $56,078.00 on which you owed -- on which you owed

1  $7,844.00 none of which you paid and that was again due to
2  the house problems that you had, correct?
3       A.   Um, by this point, I don't know which additional
4  problems I had.  I can't -- but I believe that it wasn't all
5  due to the house, it could have been other things, too.
6       Q.   And the litigation and the foreclosure, all of
7  the issues relating to your house, you haven't brought any
8  documentation of any of that, have you?
9       A.   We weren't coming into court to talk about my
10 house so I didn't.  Other than I did bring one piece of
11 paper this morning showing a lawsuit with the mortgage
12 company.  I have that with me.
13      Q.   Didn't you say in your opening statement that the
14 reason you couldn't pay your taxes is because you had all
15 these problems with your house --
16      A.   I did.
17      Q.   -- and the subcontractors and going to court?
18      A.   I did.
19      Q.   And you brought none of that documentation?
20      A.   I wasn't coming here to argue about the house.
21 We came here to talk about the IRS.  And if we had come here
22 to talk about the house, I would have come here and argued
23 about the house.
24      MR. KAMEROS:  No further questions, Your Honor.
25      THE COURT:  Thank you.  Any redirect?

1          MR. MCCAUGHEY:  Just a couple of follow up questions.
2                        **REDIRECT EXAMINATION**
3    BY MR. MCCAUGHEY:
4         Q.   Mr. Hansen, is it your testimony that your
5    problems with your house back in 1998 is what sort of
6    started this problem --
7         A.   It did.
8         Q.   -- to snowball?  And it went down the years that
9    kept building up, kept building up, and you did pay taxes
10   along, what you could pay each year, right?
11        A.   I did.
12        Q.   And you still continue to pay taxes?
13        A.   I continue to pay.
14        Q.   And you paid them in 2013, 2014?
15        A.   Yes.
16        Q.   '15?
17        A.   Yes.
18        MR. MCCAUGHEY:  That's all.
19        THE COURT:  Thank you.  You may step down.  Does the
20   defense now rest?
21        MR. MCCAUGHEY:  We do, Your Honor.
22        THE COURT:  And I assume that the government has now
23   rested?
24        MR. KAMEROS:  That's correct, Your Honor.
25        (Whereupon, the trial continued but was not

```
 1              transcribed.)
 2      STATE OF UTAH             )
 3                                )ss
 4      COUNTY OF SALT LAKE       )
 5
 6              I, Laura W. Robinson, Certified Shorthand
 7      Reporter, Registered Professional Reporter and Notary Public
 8      within and for the County of Salt Lake, State of Utah, do
 9      hereby certify:
10              That the foregoing proceedings were taken before
11      me at the time and place set forth herein and were taken
12      down by me in shorthand and thereafter transcribed into
13      typewriting under my direction and supervision;
14              That the foregoing pages contain a true and
15      correct transcription of my said shorthand notes so taken.
16              In witness whereof I have subscribed my name
17      this 25th day of July, 2017.
18
19                                  _____
20                                  Laura W. Robinson
21                                  RPR, FCRR, CSR, CP
22
23
24
25
```